SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN P. STIGI III, Cal. Bar No. 208342
jstigi@sheppardmullin.com
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
1901 Avenue for the Stars, Suite 1600
Los Angeles, California 90067
Telephone:  310.228.3700
Facsimile:   310.228.3701

Attorneys for Defendants FAT BRANDS, INC.,
ANDREW WIEDERHORN, RON ROE and KEN KUICK

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAT BRANDS, INC., ANDREW WIEDERHORN, RON ROE, REBECCA HERSHINGER, and KEN KUICK,<br><br>Defendants. | Case No. 2:22-cv-01820-MCS-RAO<br><br>Hon. Mark C. Scarsi<br><br>**JOINT STIPULATION REGARDING DEFENDANTS' ACCEPTANCE OF SERVICE, CONSOLIDATION AND RESPONSE TO COMPLAINTS**<br><br>[Complaint Filed:  March 18, 2022]<br><br>Trial Date:       None Set |
| KERRY CHIPMAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAT BRANDS, INC., ANDREW WIEDERHORN, RON ROE, REBECCA HERSHINGER, and KEN KUICK,<br><br>Defendants. | Case No. 2:22-cv-02541<br><br>[Complaint Filed:  April 15, 2022]<br><br>Trial Date:       None Set |

SMRH:4892-8208-0283.6

JOIN STIPULATION RE ACCEPTANCE OF SERVICE, CONSOLIDATION AND RESPONSE TO THE COMPLAINT

Plaintiff Robert J. Matthews ("Matthews"), plaintiff Kerry Chipman ("Chipman") and defendants FAT Brands, Inc., Andrew Wiederhorn, Ron Roe, Rebecca Hershinger and Ken Kuick ("Defendants"), through their respective undersigned counsel, stipulate, agree and respectfully submit this Joint Stipulation and Proposed Order Regarding Defendants' Acceptance of Service, Consolidation and Response to Complaints.

WHEREAS, on March 18, 2022, Matthews filed a class action complaint for violations of the federal securities laws ("Matthews Complaint") against Defendants;

WHEREAS, on April 15, 2022, Chipman filed a class action complaint for violations of the federal securities laws ("Chipman Complaint") against Defendants;

WHEREAS, the Matthews Complaint and the Chipman Complaint (collectively, the "Complaints") assert substantially similar factual allegations and claims for relief under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), and accordingly are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and its procedures for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3);

WHEREAS, the PSLRA requires a plaintiff who commences a securities class action to publish a notice that advises members of the putative class of the pendency of the action and their right to move the Court to serve as lead plaintiff of the putative class not later than 60 days after the date on which the notice is published, *see* 15 U.S.C. § 78u-4(a)(3)(A);

WHEREAS, the deadline for lead plaintiff motions in the above-captioned actions is May 17, 2022;

WHEREAS, the parties anticipate that the Court will appoint a lead plaintiff in these actions, and that the court-appointed lead plaintiff will file an amended complaint superseding any previously filed complaint(s);

WHEREAS, no dates have yet been set by the Court, the PSLRA imposes a mandatory stay of discovery and other proceedings until and unless a motion to dis-

miss is denied, *see* 15 U.S.C. § 78u-4(b)(3)(B), and the parties have not sought any other extensions of time in this action and do not seek an extension for the purpose of delay;

WHEREAS, the parties agree that good cause exists to (a) consolidate the above-captioned actions and (b) stay any obligation on the part of Defendants to respond to the Complaints, inasmuch as such consolidation and stay will avoid the needless expenditure of the Court's and the parties' resources on duplicative motions to dismiss complaints that will almost certainly be superseded by a consolidated amended complaint, will promote the efficient administration of justice and will prevent the statutory lead plaintiff process from being undermined;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that:

1.      Counsel for Defendants accept service of process on behalf of their respective clients the above-captioned actions (constituting all Defendants in these actions). Such acceptance of service does not waive any of the Defendants' rights or defenses in these actions, including, but not limited to, any jurisdictional defense, including lack of personal jurisdiction, other than as to the sufficiency of service.

2.      In light of the common questions of law and fact in the above-captioned actions, pursuant to Federal Rule of Civil Procedure 42(a)(2) these actions should be consolidated for all purposes under the low-numbered case, No. 2:22-cv-01820-MCS-RAO, and that the caption of the consolidated action should be amended to read as follows:

| IN RE: | Case No. 2:22-cv-01820-MCS-RAO |
|---|---|
| FAT BRANDS INC. SECURITIES LITIGATION, | Hon. Mark C. Scarsi |
| | [Complaint Filed:  March 18, 2022] |

SMRH:4892-8208-0283.6

-2-

3.    The Defendants' time to answer, move against or otherwise respond to the Complaints shall be stayed pending the entry of a scheduling order following the Court's appointment of a lead plaintiff and lead counsel.

4.    After the appointment of a lead plaintiff in the consolidated action pursuant to 15 U.S.C. § 78u-4(a)(3)(B), lead plaintiff and Defendants shall promptly meet and confer regarding a schedule for the filing of a consolidated amended complaint, and a briefing schedule for Defendants' anticipated motion(s) to dismiss. The parties shall submit a joint stipulation with a proposed schedule no later than fourteen (14) days following the appointment of lead plaintiff.

5.    This stipulation is entered into without prejudice to any party seeking any interim relief.

6.    Nothing in this stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

Dated:  April 28, 2022          SHEPPARD. MULLIN. RICHTER & HAMPTON LLP

By:    ___/s/ John P. Stigi III___
JOHN P. STIGI III
1901 Avenue for the Stars, Suite 1600
Los Angeles, California 90067
Telephone:  310.228.3700
Facsimile:   310.228.3701
Email: jstigi@sheppardmullin.com
Attorneys for Defendants
FAT BRANDS, INC., ANDREW WIEDERHORN, RON ROE and KEN KUICK

SMRH:4892-8208-0283.6

JOINT MOTION STIPULATION REGARDING DEFENDANTS' ACCEPTANCE OF SERVICE AND RESPONSE TO THE COMPLAINT

Dated:  April 28, 2022  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO. P.C.


By:     */s/ Sean T. Prosser*
       SEAN T. PROSSER
     3580 Carmel Mountain Road, Suite 300
     San Diego, California 92130
     Telephone:  858.314.1500
     Email: STProsser@mintz.com
     Attorneys for Defendant
     REBECCA HERSHINGER

Dated:  April 28, 2022  THE ROSEN LAW FIRM, P.A.


By:     */s/ Laurence M. Rosen*
       LAURENCE M. ROSEN
     355 South Grand Avenue, Suite 2450
     Los Angeles, California 90071
     Telephone: 213.785.2610
     Facsimile: 213.226.4684
     Email:  lrosen@rosenlegal.com
     Attorneys for Plaintiff
     ROBERT J. MATTHEWS

Dated:  April 28, 2022  POMERANTZ LLP


By:     */s/ Jennifer Pafiti*
       JENNIFER PAFITI
     1100 Glendon Avenue, 15th Floor
     Los Angeles, California 90024
     Telephone: 310.405.7190
     jpafiti@pomlaw.com
     Attorneys for Plaintiff
     KERRY CHIPMAN

SMRH:4892-8208-0283.6

JOINT MOTION STIPULATION REGARDING DEFENDANTS' ACCEPTANCE OF SERVICE AND RESPONSE TO THE COMPLAINT

CERTIFICATE OF SERVICE

**ROBERT J. MATTHEWS, et al v. FAT BRANDS, et al.**
**2:22-cv-01820-MCS-RAO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, 10th Floor, Costa Mesa, California 92626-1993.

I hereby certify that on this 28th day of April, 2022, I electronically filed the following: **JOINT STIPULATION REGARDING DEFENDANTS' ACCEPTANCE OF SERVICE, CONSOLIDATION AND RESPONSE TO COMPLAINTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Laurence M. Rosen
> Rosen Law Firm PA
> 355 South Grand Ave., Suite 2450
> Los Angeles, CA 90071
> Telephone: 213-785-2610
> Fax: 213-226-4684
> Email: lrosen@rosenlegal.com

I also certify the document and a copy of the Notice of Electronic Filing was served via U.S. Mail by enclosing the document(s) in sealed envelopes addressed to the persons at the addresses listed below and placed the envelopes for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred on the following non-CM/ECF participants:

> SEAN T. PROSSER
> 3580 Carmel Mountain Rd., Suite 300
> San Diego, California 92130
> Telephone: (858) 314-1500
> Email: STProsser@mintz.com
>
> **[Attorneys for Defendant**
> **REBECCA HERSHINGER]**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2022, at Costa Mesa, California.


_____
/s/ Seana Pierce
Seana S. Pierce