**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAT BRANDS, INC., ANDREW WIEDERHORN, RON ROE, REBECCA HERSHINGER, and KEN KUICK,<br><br>Defendants. | Case No. 2:22-cv-01820-MCS-RAO<br><br>Hon. Mark C. Scarsi<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' ACCEPTANCE OF SERVICE, CONSOLIDATION AND RESPONSE TO COMPLAINTS**<br><br>[Complaint Filed:  March 18, 2022]<br><br>Trial Date:         None Set |
| KERRY CHIPMAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAT BRANDS, INC., ANDREW WIEDERHORN, RON ROE, REBECCA HERSHINGER, and KEN KUICK,<br><br>Defendants. | Case No. 2:22-cv-02541-MCS-RAO<br><br>[Complaint Filed:  April 15, 2022]<br><br>Trial Date:         None Set |

Plaintiff Robert J. Matthews ("Matthews"), plaintiff Kerry Chipman ("Chipman") and defendants FAT Brands, Inc., Andrew Wiederhorn, Ron Roe, Rebecca Hershinger and Ken Kuick ("Defendants"), by and through their counsel of record, submitted a Joint Stipulation Regarding Defendants' Acceptance of Service, Consolidation and Response to Complaints ("Joint Stipulation").

The Court has considered the Joint Stipulation and having found good cause **HEREBY ORDERS:**

1.      Defendants are deemed served in the above-captioned actions. Defendants have not waived any of their rights or defenses in these actions, including, but not limited to, any jurisdictional defense, including lack of personal jurisdiction, other than as to the sufficiency of service.

2.      In light of the common questions of law and fact in the above-captioned actions, pursuant to Federal Rule of Civil Procedure 42(a)(2), it is hereby ordered that these actions are consolidated for all purposes under the low-numbered case, No. 2:22-cv-01820-MCS-RAO, and that the caption of the consolidated action is amended to read as follows:

| | |
|---|---|
| IN RE: | Case No. 2:22-cv-01820-MCS-RAO |
| FAT BRANDS INC. SECURITIES LITIGATION | Hon. Mark C. Scarsi |
| | [Complaint Filed:  March 18, 2022] |

3.      Defendants' time to answer, move against or otherwise respond to the Complaints shall be stayed pending the entry of a scheduling order following the Court's appointment of a lead plaintiff and lead counsel.

4.      After the appointment of a lead plaintiff in the consolidated action pursuant to 15 U.S.C. § 78u-4(a)(3)(B), **the Court will set an appropriate schedule for the filing of a consolidated amended complaint and responses thereto.** lead plaintiff and Defendants shall promptly meet and confer regarding a schedule for the

~~filing of a consolidated amended complaint, and a briefing schedule for Defendants'
anticipated motion(s) to dismiss. The parties shall submit a joint stipulation with a
proposed schedule no later than fourteen (14) days following the appointment of lead
plaintiff.~~

Dated: May 2, 2022

_____

Mark C. Scarsi
United States District Judge

-2-     ~~[PROPOSED]~~ ORDER RE ACCEPTANCE OF SERVICE,
CONSOLIDATION AND RESPONSE TO THE COMPLAINT