# EXHIBIT 3

**FAT Brands Inc. Loss Chart**
**Class Period: December 4, 2017 through February 18, 2022**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | FATBP Lookback Price $13.36 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Matthews, Robert J. | 6/25/2021 | 1000 | ($22.00) | ($22,000.00) | 11/5/2021 | 100 | $22.80 | $2,280.00 | | | | |
| | 6/25/2021 | 200 | ($21.95) | ($4,390.00) | | | | | | | | |
| | | 1,200 | | ($26,390.00) | | 100 | | $2,280.00 | 1,100 | $14,690.96 | ($9,419.04) | |