POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Kerry Chipman*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>FAT BRANDS INC. SECURITIES LITIGATION | Case No. 2:22-cv-01820-MCS-RAO<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF KERRY CHIPMAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL<br><br>[Complaint Filed: March 18, 2022]<br><br>DATE:  June 20, 2022<br>TIME:  9:00 a.m.<br>JUDGE:  Mark C. Scarsi<br>CTRM:  7C, 7th Floor |

DECLARATION

I, Jennifer Pafiti, hereby declare as follows:

1.    I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Kerry Chipman ("Chipman"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Chipman's motion for appointment as Lead Plaintiff for the Class and approval of his selection of Pomerantz as Lead Counsel for the Class in the above-captioned consolidated action.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Loss Chart of Chipman;

Exhibit B:   Notice of pendency of the action styled *Robert J. Matthews v. FAT Brands Inc. et al*, No. 2:22-cv-01820 (C.D. Cal.);

Exhibit C:   Shareholder Certification executed by Chipman;

Exhibit D:   Declaration executed by Chipman; and

Exhibit E:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 17, 2022 at Calabasas, California.

> */s/ Jennifer Pafiti*
> Jennifer Pafiti

DECLARATION

1

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION
2