# EXHIBIT A

**FAT Brands, Inc. (FAT)**
**Class Period: December 4, 2017 through February 18, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

|  |  |  |  |  |  |  |  |  |  | 86-Day* Mean Price |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  | FATBB | $8.2279 |
|  |  |  |  |  |  |  |  |  |  | FATBP | $13.3554 |

| Plaintiff | Security | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kerry Chipman | FATBB | 11/11/2021 | 30 | $18.2300 | ($547) | 11/16/2021 | (60) | $14.9500 | $897 |  |  |  |
| Kerry Chipman | FATBB | 11/15/2021 | 30 | $15.7200 | ($472) |  |  |  |  |  |  |  |
| **Kerry Chipman** | **FATBB** |  | **60** |  | **($1,019)** |  | **(60)** |  | **$897** | **0** |  | **($122)** |
| Kerry Chipman | FATBP | 11/4/2021 | 10 | $23.1000 | ($231) | 11/10/2021 | (59) | $22.3800 | $1,320 |  |  |  |
| Kerry Chipman | FATBP | 11/5/2021 | 50 | $22.4500 | ($1,123) | 11/15/2021 | (1) | $21.9700 | $22 |  |  |  |
| Kerry Chipman | FATBP | 12/3/2021 | 80 | $19.9400 | ($1,595) | 12/9/2021 | (120) | $18.8500 | $2,262 |  |  |  |
| Kerry Chipman | FATBP | 12/8/2021 | 40 | $19.1800 | ($767) | 1/10/2022 | (35) | $18.6400 | $652 |  |  |  |
| Kerry Chipman | FATBP | 12/21/2021 | 10 | $18.4100 | ($184) | 3/15/2022 | (30) | $12.8938 | $387 |  |  |  |
| Kerry Chipman | FATBP | 12/27/2021 | 25 | $19.1700 | ($479) | 3/16/2022 | (10) | $12.8329 | $128 |  |  |  |
| Kerry Chipman | FATBP | 1/5/2022 | 25 | $18.7100 | ($468) | 3/21/2022 | (30) | $12.7835 | $384 |  |  |  |
| Kerry Chipman | FATBP | 1/6/2022 | 30 | $18.9400 | ($568) |  |  |  |  |  |  |  |
| Kerry Chipman | FATBP | 1/18/2022 | 1 | $17.9500 | ($18) |  |  |  |  |  |  |  |
| **Kerry Chipman** | **FATBP** |  | **271** |  | **($5,433)** |  | **(285)** |  | **$5,155** | **56** |  | **($458)** |
| **Kerry Chipman: Total** |  |  | **331** |  | **($6,452)** |  | **(345)** |  | **$6,052** | **56** |  | **($580)** |

*Avg Closing Prices from February 19, 2022 to May, 16, 2022