POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movant Kerry Chipman*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>FAT BRANDS INC. SECURITIES LITIGATION | Case No. 2:22-cv-01820-MCS-RAO<br><br>NOTICE OF NON-OPPOSITION TO COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL<br><br>[Complaint Filed: March 18, 2022]<br><br>DATE:  June 20, 2022<br>TIME:  9:00 a.m.<br>JUDGE:  Mark C. Scarsi<br>CTRM:  7C, 7th Floor |

NOTICE OF NON-OPPOSITION TO COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

On May 17, 2022, Kerry Chipman ("Chipman") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order:  (1) appointing Chipman as Lead Plaintiff on behalf of persons or entities who purchased or otherwise acquired FAT Brands Inc. securities between December 4, 2017 and February 18, 2022, inclusive (the "Class"); and (2) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 23.

Having reviewed the competing motions before the Court, it appears that Chipman does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Chipman's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  May 25, 2022                               POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant Kerry Chipman*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Movant Kerry Chipman*

CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                          */s/ Jennifer Pafiti*
                          Jennifer Pafiti

NOTICE OF NON-OPPOSITION TO COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD COUNSEL

3