SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN P. STIGI III, Cal. Bar No. 208342
jstigi@sheppardmullin.com
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
1901 Avenue for the Stars, Suite 1600
Los Angeles, California 90067
Telephone:  310.228.3700
Facsimile:   310.228.3701

Attorneys for Defendants FAT BRANDS, INC.,
ANDREW WIEDERHORN, RON ROE and KEN KUICK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE:<br><br>FAT BRANDS INC. SECURITIES LITIGATION, | Case No. 2:22-cv-01820-MCS-RAO |
|---|---|
| | Hon. Mark C. Scarsi |
| | **STATEMENT OF NON-OPPOSITION TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |
| | [Complaint Filed:  March 18, 2022] |
| | Date:      June 27, 2022<br>Time:      9:00 a.m. |

Defendants FAT Brands, Inc., Andrew Wiederhorn, Ron Roe, and Ken Kuick ("Defendants") respectfully submit this Statement of Non-Opposition to the Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel filed by Robert J. Matthews [Dkt. No. 20] and Kerry Chipman [Dkt. No. 23].  Defendants take no position on the motions for appointment of lead plaintiff and approval of lead plaintiff's counsel.

Dated:  May 31, 2022            SHEPPARD. MULLIN. RICHTER & HAMPTON LLP


By:            /s/ John P. Stigi III
                JOHN P. STIGI III
        1901 Avenue for the Stars, Suite 1600
            Los Angeles, California 90067
            Telephone:   310.228.3700
            Facsimile:    310.228.3701
        Email: jstigi@sheppardmullin.com
            Attorneys for Defendants
        FAT BRANDS, INC., ANDREW
    WIEDERHORN, RON ROE and KEN KUICK

SMRH:4894-7104-8738.1            -1-            STATEMENT OF NON-OPPOSITION TO MOTIONS FOR
APPOINTMENT AS LEAD PLAINTIFF

CERTIFICATE OF SERVICE

**IN RE: FAT BRANDS INC. SECURITIES LITIGATION
2:22-cv-01820-MCS-RAO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, 10th Floor, Costa Mesa, California 92626-1993.

I hereby certify that on this 31st day of May, 2022, I electronically filed the following: **STATEMENT OF NON-OPPOSITION TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

I also certify the document and a copy of the Notice of Electronic Filing was served via U.S. Mail by enclosing the document(s) in sealed envelopes addressed to the persons at the addresses listed below and placed the envelopes for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred on the following non-CM/ECF participants:

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

**[Attorney for Plaintiff
KERRY CHIPMAN]**

SEAN T. PROSSER
3580 Carmel Mountain Rd.,
Suite 300
San Diego, California 92130
Telephone: 858.314.1500
Email: STProsser@mintz.com

**[Attorney for Defendant
REBECCA HERSHINGER]**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 31, 2022, at Costa Mesa, California.

/s/ Seana Pierce
Seana S. Pierce