Sean T. Prosser (SBN 163903)
stprosser@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA  92130
Telephone:   (858) 314-1500
Facsimile:    (858) 314-1501

Attorneys for Defendant
REBECCA HERSHINGER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>FAT BRANDS INC. SECURITIES LITIGATION | Case No. 2:22-cv-01820-MCS-RAO<br><br>**STATEMENT OF NON-OPPOSITION TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>[Complaint Filed: March 18, 2022]<br><br>Date:   June 27, 2022<br>Time:  9:00 a.m.<br><br>The Hon. Mark C. Scarsi<br>Courtroom 7C |

1

STATEMENT OF NON-OPPOSITION TO MOTIONS
FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 2:21-cv-01820-MCS-RAO

Defendant Rebecca Hershinger respectfully submits this Statement of Non-Opposition to the Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel filed by Robert J. Matthews [Dkt. No. 20] and Kerry Chipman [Dkt. No. 23]. Ms. Hershinger takes no position on the motions for appointment of lead plaintiff and approval of lead plaintiff's counsel.

Dated:  June 2, 2022                                     MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC


                                                        By  */s/Sean T. Prosser*
                                                            Sean T. Prosser

                                                            Attorneys for Defendants
                                                            REBECCA HERSHINGER

STATEMENT OF NON-OPPOSITION TO MOTIONS
FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 2:21-cv-01820-MCS-RAO

## **CERTIFICATE OF SERVICE**

I am employed in the County of San Diego, my business address is Mintz Levin Cohn Ferris Glovsky and Popeo PC, 3580 Carmel Mountain Road, Suite 300, San Diego, CA 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

I hereby certify that on June 2, 2022, I electronically filed the described document below using the CM/ECF system, which will send notification of such filing to all parties:

**STATEMENT OF NON-OPPOSITION TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I also certify that a true and correct copy of the document and the Notice of Electronic Filing shall be served in a sealed envelope to the persons at the addresses listed below as follows:

Peretz Bronstein                          Attorneys for Plaintiff
BRONSTEIN, GEWIRTZ &                      KERRY CHIPMAN
GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

| X | **MAIL:** | Such document was deposited, postage fully paid, with the U.S. Postal Service on the same day in the ordinary course of business. |

3
STATEMENT OF NON-OPPOSITION TO MOTIONS
FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 2:21-cv-01820-MCS-RAO

I declare under penalty of perjury that the above is true and correct.  Executed on June 2, 2022, at San Diego, California.  I further declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

_____
Lisa Broadway