**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE:

FAT BRANDS INC. SECURITIES
LITIGATION,

Case No. 2:22-cv-01820-MCS-RAO

Hon. Mark C. Scarsi

~~[PROPOSED]~~ ORDER RE: JOINT STIPULATION TO STAY ALL DEADLINES PENDING MEDIATION

[*Stipulation filed concurrently herewith*]

[Complaint Filed:  March 18, 2022]

# [PROPOSED] ORDER

Based on the Stipulation to Stay All Deadlines Pending Mediation filed by plaintiffs Robert Matthews and Michael Melendez and defendants FAT Brands Inc., Andrew Wiederhorn, Ron Roe, Ken Kuick, Rebecca Hershinger, Squire Junger, Silvia Kessel, James Neuhauser and Edward Rensi (collectively, the "Parties"), ~~and for good cause shown,~~ IT IS HEREBY ORDERED:

~~1. This action shall be stayed up to and including November 16, 2022, subject to further extension upon the Parties' agreement and approval by the Court upon a showing of good cause.~~

~~2. All current dates and deadlines for this action shall be vacated.~~

~~3. The Parties shall provide to the Court status updates during the stay of this action at a frequency requested by the Court.~~

~~4. The Parties shall report to the Court on or before November 16, 2022 regarding the outcome of the mediation and the status of settlement negotiations.~~

1. **The stipulation is denied. The orderly cause of justice and the possible damage that could result from staying the case significantly outweigh the hardships or inequities the parties will suffer if the action remains open through their contemplated mediation.** *Lockyer v. Mirant Corp.*, **398 F.3d 1098, 1110 (9th Cir. 2005).**

2. **Good cause appearing, the Court on its own motion extends Defendants' deadline to respond to the Consolidated Amended Complaint to August 15, 2022. The September 19, 2022 deadline to hear any Rule 12 motion remains in effect.**

**IT IS SO ORDERED.**

Dated: July 22, 2022

Mark C. Scarsi
United States District Judge