**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: 213.785.2610
Facsimile: 213.226.4684
Email:  lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE  FAT BRANDS INC. SECURITIES LITIGATION, | Case No. 2:22-cv-01820-MCS-RAO |
|  | Hon. Mark C. Scarsi |
|  | **JOINT STIPULATION TO STAY ACTION PENDING DOCUMENTATION OF SETTLEMENT** |
|  | [Complaint Filed:  March 18, 2022] |

Plaintiffs Robert Matthews and Michael Melendez and defendants FAT Brands Inc., Andrew Wiederhorn, Ron Roe, Ken Kuick, Rebecca Hershinger, Squire Junger, Silvia Kessel, James Neuhauser and Edward Rensi (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 9, 2022, the Parties participated in a mediation before Michelle Yoshida of Phillips ADR ("Mediation");

WHEREAS, the Mediation was successful, and on August 10, 2022, the Parties executed a Settlement Term Sheet setting forth the material terms of the Parties' settlement of all claims asserted by Plaintiffs in this action;

WHEREAS, as an agreement in principle has been reached to settle all claims asserted by Plaintiffs in this action, the Parties respectfully request that the upcoming deadlines and proceedings in the Action be vacated, including the August 15, 2022 deadline for Defendants to file responses to Plaintiffs' complaint and the September 19, 2022 deadline for the Court to hear any motions brought under Fed. R. Civ. P. 12; and

WHEREAS, the given the number of parties involved, that not all Defendants are represented by the same counsel, and the number of documents needed to formalize the settlement, including the: (i) stipulation of settlement; (ii) proposed preliminary approval order; (iii) notice of pendency of the proposed securities class action settlement; (iv) proof of claim and release form; (v) summary notice of pendency of the proposed securities class action settlement; (vi) postcard notice; (vii) proposed order and final judgment; and (viii) confidential supplemental agreement, the Parties require thirty (30) days to fully document the settlement;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the respective Parties hereto, as follows:

1.      The action shall be stayed to allow the Parties to document the settlement and all upcoming deadlines and proceedings, including deadlines to file and hear any motions brought under Fed. R. Civ. P. 12, are vacated.

1

JOINT STIPULATION TO STAY ACTION PENDING DOCUMENTATION OF SETTLEMENT
Case No. 2:22-cv-01820-MCS-RAO

2.    The Parties shall execute a stipulation of settlement and Plaintiffs shall file a motion for preliminary approval of the settlement within thirty (30) days of the Court's order granting this Stipulation.

**IT IS SO STIPULATED.**

Dated: August 10, 2022

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: 213.785.2610
Facsimile: 213.226.4684
Email:  lrosen@rosenlegal.com

Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs*

Dated: August 10, 2022

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/ John P. Stigi III
John P. Stigi III
1901 Avenue for the Stars, Suite 1600
Los Angeles, California 90067
Telephone:   310.228.3700
Facsimile:    310.228.3701
Email: jstigi@sheppardmullin.com

*Counsel for Defendants Fat Brands, Inc., Andrew Wiederhorn, Ron Roe, Ken*

*Kuick, Squire Junger, Silvia Kessel, James Neuhauser and Edward H. Rensi*

Dated: August 10, 2022

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**

By: /s/ Sean T. Prosser
Sean T. Prosser
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
Telephone: 858.314.1500
Email: STProsser@mintz.com

*Counsel for Defendant Rebecca Hershinger*

## C.D. Cal. Local Rule 5-4.3.4(a)(2)(i) Attestation

I, Laurence M. Rosen, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 10, 2022

By: /s/ Laurence M. Rosen
Laurence M. Rosen