UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE  FAT BRANDS INC.
SECURITIES LITIGATION,

Case No. 2:22-cv-01820-MCS-RAO

Hon. Mark C. Scarsi

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING DOCUMENTATION OF SETTLEMENT**

[Complaint Filed:  March 18, 2022]

The Court, having considered the Parties' concurrently filed Joint Stipulation to Stay Action Pending Documentation of Settlement (the "Stipulation"), and good cause shown, IT IS HEREBY ORDERED that:

1.     The action shall be stayed to allow the Parties to document the settlement and all upcoming deadlines and proceedings, including deadlines to file and hear any motions brought under Fed. R. Civ. P. 12, are vacated.

2.     The Parties shall execute a stipulation of settlement and Plaintiffs shall file a motion for preliminary approval of the settlement within thirty (30) days of the entry of this Order granting the Stipulation.

**IT IS SO ORDERED.**

Dated:_____        _____
                              HONORABLE MARK C. SCARSI
                              UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING DOCUMENTATION OF SETTLEMENT; Case No. 2:22-cv-01820-MCS-RAO