UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FAT BRANDS INC. SECURITIES LITIGATION, | Case No. 2:22-cv-01820-MCS-RAO<br><br>Hon. Mark C. Scarsi<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING DOCUMENTATION OF SETTLEMENT (ECF NO. 50)**<br><br>[Complaint Filed: March 18, 2022] |

The Court, having considered the Parties' Joint Stipulation to Stay Action Pending Documentation of Settlement (the "Stipulation"), and good cause shown, IT IS HEREBY ORDERED that:

1. The action shall be stayed for thirty (30) days to allow the Parties to document the settlement and all upcoming deadlines and proceedings, including deadlines to file and hear any motions brought under Fed. R. Civ. P. 12, are vacated.

2. The Parties shall execute a stipulation of settlement, and Plaintiffs shall file a motion for preliminary approval of the settlement within thirty (30) days of the entry of this Order granting the Stipulation.

**IT IS SO ORDERED.**

Dated: August 12, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE