1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE  FAT BRANDS INC.
SECURITIES LITIGATION,

Case No. 2:22-cv-01820-MCS-RAO

Hon. Mark C. Scarsi

**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO MOVE FOR PRELIMINARY APPROVAL OF SETTLEMENT**

[Complaint Filed:  March 18, 2022]

The Court, having considered the Parties' Joint Stipulation to Extend Deadline to Move for Preliminary Approval of Settlement, and for good cause shown, IT IS HEREBY ORDERED that:

1.      The stay granted by the Court in its Order dated August 12, 2022 (Dkt. No. 51) is extended to and including September 23, 2022, to allow the Parties to complete confirmatory discovery and document the settlement.

2.      The deadline for the Parties to execute a stipulation of settlement and for Plaintiffs to file a motion for preliminary approval of the settlement is extended to September 23, 2022.

**IT IS SO ORDERED.**

Dated: September 2, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO MOVE FOR
PRELIMINARY APPROVAL OF SETTLEMENT; Case No. 2:22-cv-01820-MCS-RAO