<tr>
<td></td>
</tr>
</tr>

Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>FAT BRANDS, INC. SECURITIES LITIGATION | Case No. 2:22-cv-01820-MCS-RAO<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><u>CLASS ACTION</u><br><br>Date: October 24, 2022<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

- 1 -

NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; 2:22-cv-01820-MCS-RAO

Lead Plaintiff Robert J. Matthews and named plaintiff Michael Melendez ("Plaintiffs"), individually and on behalf of the proposed settlement class, respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement.

PLEASE TAKE NOTICE that on October 24, 2022, or such date as determined by the Court, in the United States District Court for the Central District of California, Plaintiffs will and hereby do move the Court for an order: (i) certifying the Settlement Class for settlement purposes only, appointing Plaintiffs as class representatives, and appointing The Rosen Law Firm, P.A. as class counsel; (ii) preliminarily approving the proposed Settlement of this class action; (iii) approving the parties' proposed form and method of notifying the Settlement Class of the action and the proposed Settlement and directing that such notice be disseminated to the Settlement Class; (iv) setting deadlines for Settlement Class members to exercise their rights in connection with the proposed Settlement; and (v) setting a hearing on whether the Court should grant final approval of the Settlement, dismiss claims against Defendants, approve the release of claims against all released parties, enter judgment, and award attorneys' fees and expenses to Lead Counsel and award to Plaintiffs. This motion is based upon the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary Approval, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Plaintiffs make this motion following the conference of counsel pursuant to Local Rule 7-3, conducted on September 16, 2022, during which Defendants' counsel advised that Defendants do not oppose this motion.

| | | |
|---|---|---|
| 1 | Dated: September 23, 2022 | **THE ROSEN LAW FIRM, P.A.** |
| 2 | | |
| 3 | | */s/Laurence M. Rosen* |
| | | Laurence M. Rosen (SBN 219683) |
| 4 | | 355 South Grand Avenue, Suite 2450 |
| 5 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 785-2610 |
| 6 | | Facsimile: (213) 226-4684 |
| 7 | | Email: lrosen@rosenlegal.com |
| 8 | | |
| | | Phillip Kim* |
| 9 | | 275 Madison Avenue, 40th Floor |
| 10 | | New York, NY 10016 |
| | | Telephone: (212) 686-1060 |
| 11 | | Facsimile: (212) 202-3827 |
| 12 | | Email: pkim@rosenlegal.com |
| 13 | | |
| | | Joshua Baker (*pro hac vice*) |
| 14 | | 101 Greenwood Avenue, Suite 440 |
| 15 | | Jenkintown, PA 19046 |
| | | Telephone: (215) 600-2817 |
| 16 | | Facsimile: (212) 202-3827 |
| 17 | | Email: jbaker@rosenlegal.com |
| 18 | | *pro hac vice* application forthcoming |
| 19 | | |
| 20 | | *Lead Counsel for Plaintiffs* |
| 21 | | **POMERANTZ LLP** |
| 22 | | Jeremy Lieberman (*pro hac vice*) |
| | | Brenda Szydlo (*pro hac vice*) |
| 23 | | 600 Third Avenue, 20th Floor |
| 24 | | New York, NY 10016 |
| | | Telephone: (646) 581-9996 |
| 25 | | Email: jlieberman@pomlaw.com |
| 26 | | Email: bszydlo@pomlaw.com |
| 27 | | |
| 28 | | |

- 3 -

NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT; 2:22-cv-01820-MCS-RAO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BRONSTEIN, GERWITZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On September 23, 2022, I electronically filed the foregoing NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on September 23, 2022.

*/s/Laurence M. Rosen*