Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>FAT BRANDS, INC.<br>SECURITIES LITIGATION | Case No. 2:22-cv-01820-MCS-RAO<br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND WAIVER OF ORAL ARGUMENT**<br><br>CLASS ACTION<br><br>Date: October 24, 2022<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

- 1 -

Lead Plaintiff Robert J. Matthews and named plaintiff Michael Melendez ("Plaintiffs") respectfully submit this notice of non-opposition to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Motion") (Dkt. No. 54). Plaintiffs filed the Motion on September 23, 2022, with a motion date of October 24, 2022. Pursuant to Local Civil Rule 7-9, the deadline to oppose the Motion was October 3, 2022. No opposition has been filed. Accordingly, subject to the consent of the Court, Plaintiffs hereby waive oral argument on their unopposed Motion pursuant to Local Civil Rule 7-15.

The Court should grant the unopposed Motion to allow Plaintiffs to promptly issue notice of the proposed Settlement to potential Settlement Class Members, so that the Settlement can proceed to the final approval stage. At the final approval stage, the Court will schedule and hold a hearing to determine, upon further submissions by Plaintiffs and any potential objectors, whether the Settlement is fair, reasonable, and adequate.

Dated: October 4, 2022

**THE ROSEN LAW FIRM, P.A.**

*/s/Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim*
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

- 2 -

Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jbaker@rosenlegal.com

*pro hac vice* application forthcoming

*Lead Counsel for Plaintiffs*

**POMERANTZ LLP**
Jeremy Lieberman (*pro hac vice*)
Brenda Szydlo (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (646) 581-9996
Email: jlieberman@pomlaw.com
Email: bszydlo@pomlaw.com

**BRONSTEIN, GERWITZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs*

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On October 4, 2022, I electronically filed the foregoing NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND WAIVER OF ORAL ARGUMENT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 4, 2022.

*/s/Laurence M. Rosen*

NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND WAIVER OF ORAL ARGUMENT; 2:22-cv-01820-MCS-RAO