1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   JOHN P. STIGI III, Cal. Bar No. 208342
3  jstigi@sheppardmullin.com
   POLLY TOWILL, Cal. Bar No. 120420
4  ptowill@sheppardmullin.com
   1901 Avenue for the Stars, Suite 1600
5  Los Angeles, California 90067
   Telephone:  310.228.3700
6  Facsimile:   310.228.3701

7  Attorneys for Defendants
   FAT BRANDS, INC., ANDREW
8  WIEDERHORN, RON ROE, KEN KUICK,
   SQUIRE JUNGER, SILVIA KESSEL,
9  JAMES NEUHAUSER AND EDWARD H.
   RENSI
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>FAT BRANDS INC. SECURITIES LITIGATION, | Case No. 2:22-cv-01820-MCS-RAO<br><br>Hon. Mark C. Scarsi<br><br>**DECLARATION OF JOHN P. STIGI III REGARDING NOTICE UNDER THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715**<br><br>[Complaint Filed:  March 18, 2022] |

I, John P. Stigi III, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendants FAT Brands, Inc., Andrew Wiederhorn, Ron Roe, Ken Kuick, Squire Junger, Silvia Kessel, James Neuhauser and Edward H. Rensi ("Defendants"). I have personal knowledge of the facts stated herein, and if called as a witness, could and would testify competently thereto.

2. In accordance with the Class Action Fairness Act, 28 U.S.C. § 1715, on September 30, 2022, I caused notice of the proposed class action settlement to be served on the appropriate Federal official and the appropriate State official of each state and territory in the United States by Certified Mail, Return Receipt Requested. Each notice included a CD containing electronic copies of enclosures referenced in the notice. A true and correct copy of the notice is attached hereto as **Exhibit A**.

3. On October 4, 2022, I received an email acknowledgment of receipt from the Washington State Attorney General's Office. I have received no other communications from the relevant state and federal officials.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of October, 2022, at Los Angeles, California.

_____
John P. Stigi III