# Exhibit A



Sheppard, Mullin, Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
310.228.3700 main
310.228.3701 fax
www.sheppardmullin.com

310.228.3717 direct
jstigi@sheppardmullin.com

September 30, 2022

File Number: 63MB-353326

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

TO: ALL ADDRESSES IDENTIFIED IN THE ATTACHED EXHIBIT A

Re:     Notice of Proposed Class Action Settlement (28 U.S.C. § 1715)
*In re FAT Brands Inc. Securities Litigation*, Case No. 2:22-cv-01820 (C.D. Cal.)

Dear Sir/Madam:

Pursuant to the notice provisions of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), FAT Brands, Inc., Andrew Wiederhorn, Ron Roe, Ken Kuick, Squire Junger, Silvia Kessel, James Neuhauser and Edward H. Rensi ("Settling Defendants") hereby provide notice of a proposed class action settlement in the above-entitled action. As of the date of this letter, the plaintiffs in the action have filed an unopposed motion for preliminary approval of the proposed settlement, but the court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement.

CAFA lists eight items that must be provided in connection with any proposed class action settlement. Each of these items is addressed below, and the corresponding documents are contained in the enclosed CD. The information below is provided based on the status of the action as of the date of this notice and on information currently available to Settling Defendants. The Settling Defendants reserve the right to supplement this notice and to provide additional information at a future date.

A.     **28 U.S.C. § 1715(b)(1):  a copy of the complaint and any materials filed with the complaint and any amended complaints.**

Complaints filed prior to consolidation

1.     The original complaint in *Matthews v. FAT Brands Inc. et al.*, Case No. 2:22-cv-01820-MCS-RAO (C.D. Cal.), filed on March 18, 2022, is contained in the enclosed CD as **Exhibit A**.

2.     The original complaint in *Chipman v. FAT Brands Inc. et al.*, Case No. 2:22-cv-02541-MCS-RAO (C.D. Cal.), filed on April 15, 2022, is contained in the enclosed CD as **Exhibit B**.

Complaints filed after consolidation

3.     The consolidated amended complaint, filed on June 27, 2022, is contained in the enclosed CD as **Exhibit C**.

**Sheppard**Mullin

September 30, 2022
Page 2

**B.**      **28 U.S.C. § 1715(b)(2):  notice of any scheduled judicial hearing in the class action.**

4.      The Notice of Unopposed Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement, and Memorandum of Points and Authorities of Points and Authorities in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, filed September 23, 2022, are contained in the enclosed CD as **Exhibit D**.  The hearing on the Motion for Preliminary Approval of Class Action Settlement is scheduled for October 24, 2022, at 9:00 a.m., in Courtroom 7C, before the Honorable Mark C. Scarsi at the United States District Court for the Central District of California, First Street Courthouse, 350 W. 1st Street, 7th Floor, Los Angeles, California 90012.

**C.**      **28 U.S.C. § 1715(b)(3):  any proposed or final notification to class members.**

5.      The draft (i) Notice of Pendency and Proposed Settlement of Class Action, (ii) Proof of Claim and Release Form, (iii) Summary Notice of Pendency and Proposed Class Action Settlement, and (iv) Postcard Notice, are included within **Exhibit E**.  These documents notify the class members of the proposed settlement of the class action and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement.

**D.**       **28 U.S.C. § 1715(b)(4):  any proposed or final class action settlement.**

6.      The proposed Stipulation of Settlement between the parties, including all exhibits, is contained in the enclosed CD as **Exhibit E**.  There is currently no final class action settlement.

**E.**      **28 U.S.C. § 1715(b)(5):  any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.**

7.      The parties to the settlement have also entered into a separate confidential agreement, called the "Supplemental Agreement," which is referred to at page 28 of the Stipulation of Settlement (included within **Exhibit E**), which provides that defendants shall have the option to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the enclosed materials.  Should you require additional information about the Supplemental Agreement, please contact me and we will coordinate with counsel for the Lead Plaintiffs to make all reasonable efforts to address your questions, subject to the confidentiality provision.

**F.**      **28 U.S.C. § 1715(b)(6):  any final judgment or notice of dismissal.**

8.      The court has not yet issued any final judgment or notice of dismissal.  The parties' proposed Order Granting Plaintiffs' Motion for Preliminary Approval of

**SheppardMullin**

September 30, 2022
Page 3

> Class Action Settlement, which the court has not yet entered or approved, is included within **Exhibit E**.

> 9.    The parties' proposed Order and Final Judgment, which the court has not yet entered or approved, is also included within **Exhibit E**.

**G.    28 U.S.C. § 1715(b)(7):  a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.**

> 10.    In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a reasonable estimate of the number of class members residing in each State or the estimated proportionate share of the claims of such class members to the entire settlement.  Class members who properly submit claim forms and supporting documentation will receive their *pro rata* share of the net settlement fund.

**H.    28 U.S.C. § 1715(b)(8):  any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).**

> 11.    An order of the court, dated August 12, 2022, granting a joint stipulation to stay action pending documentation of settlement, is contained in the enclosed CD as **Exhibit F**.

> 12.    An order of the court, dated September 2, 2022, granting a joint stipulation to extend deadline to move for preliminary approval of settlement, is contained in the enclosed CD as **Exhibit G**.

If you have any questions about this notice or the documents enclosed herewith, please do not hesitate to contact me at (310) 228-3717.

Sincerely,

John P. Stigi III
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4871-2994-1046.1

Enclosure: Service List

# EXHIBIT A

### IN RE FAT BRANDS INC. SECURITIES LITIGATION
### CAFA NOTICE SERVICE LIST

**ALASKA**
Treg Taylor, Esq.
Office of the Alaska Attorney General
1031 West 4th Avenue
Suite 200
Anchorage, AK 95501-1994

**ALABAMA**
Steve Marshall, Esq.
Attorney General's Office
State of Alabama
501 Washington Avenue
Montgomery, AL 36104

**ARKANSAS**
Leslie Rutledge, Esq.
Arkansas Attorney General's Office
323 Center Street
Suite 200
Little Rock, AR 72201

**AMERICAN SAMOA**
Fainu'ulelei Falefatu Ala'ilima-Utu, Esq.
Attorney General of American Samoa
Department of Legal Affairs
Executive Office Bldg.
3rd Floor
P.O. Box 7
Utulei, AS 96799

**ARIZONA**
Mark Brnovich, Esq.
Office of the Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004

**CALIFORNIA**
CAFA Coordinator.
Office of the Attorney General
Consumer Law Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

**COLORADO**
Phil Weiser, Esq.
Office of the Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 7th Floor
Denver, CO 80203

**CONNECTICUT**
William Tong, Esq.
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

**DISTRICT OF COLUMBIA**
Karl Racine, Esq.
Office of the Attorney General
    for the District of Columbia
Office of Consumer Protection
400 6th Street, NW
Washington, DC 20001

**DELAWARE**
Kathy Jennings, Esq.
Department of Justice
State of Delaware
820 N. French Street, 5th Floor
Wilmington, DE 19801

**FLORIDA**
Ashley Moody, Esq.
Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

**GEORGIA**
Chris Carr, Esq.
Office of Attorney General
State of Georgia
40 Capitol Square, SW
Atlanta, GA 30334

-3-

**GUAM**
Leevin Taitano Camacho, Esq.
Office of the Attorney General
590 S. Marine Corps Drive
Suite 901
Tamuning, GU 96913

**HAWAII**
Holly T. Shikada, Esq.
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

**IOWA**
Tom Miller, Esq.
Office of the Attorney General
Iowa Department of Justice
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA 50319-0106

**IDAHO**
Lawrence G. Wasden, Esq.
Office of the Attorney General
State of Idaho
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010

**ILLINOIS**
Kwame Raoul, Esq.
Office of the Attorney General
State of Illinois
100 West Randolph Street
Chicago, IL 60601

**INDIANA**
Todd Rokita, Esq.
Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

**KANSAS**
Derek Schmidt, Esq.
Kansas Attorney General Office
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612

**FRANKFORT**
Daniel Cameron, Esq.
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601

**LOUISIANA**
Jeff Landry, Esq.
Office of Attorney General
P.O. Box 94005
Baton Rouge, LA 70804

**MASSACHUSETTS**
Maura Healey, Esq.
Office of Attorney General
1 Ashburton Place
Boston, MA 02108

**MARYLAND**
Brian E. Frosh, Esq.
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202

**MAINE**
Aaron Frey, Esq.
Office of the Attorney General
6 State House Station
Augusta, ME 04333

**MICHIGAN**
Dana Nessel, Esq.
Michigan Department of Attorney General
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909

**MINNESOTA**

Keith Ellison, Esq.
Office of Minnesota Attorney General Keith Ellison
445 Minnesota Street, Suite 1400
St. Paul, MN 55101

**MISSOURI**

Eric Schmitt, Esq.
Missouri Attorney General's Office
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102

**NORTHERN MARIANA ISLANDS**

Edward E. Manibusan, Esq.
Office of the Attorney General
Commonwealth of the Northern Mariana Islands
2nd Floor Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007, Capitol Hill
Saipan, MP 96950

**MISSISSIPPI**

Lynn Fitch, Esq.
Attorney General State of Mississippi
P.O. Box 220
Jackson, MS 39205

**MONTANA**

Austin Knudsen, Esq.
Office of the Attorney General
Justice Building, Third Floor
215 North Sanders
P.O. Box 201401
Helena, MT 59620-0151

**NORTH CAROLINA**

Josh Stein, Esq.
Office of the Attorney General
Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

**NORTH DAKOTA**
Drew H. Wrigley, Esq.
Office of Attorney General
600 East Boulevard Avenue, Dept. 125
Bismarck, ND 58504

**NEBRASKA**
Doug Peterson, Esq.
Attorney General's Office
2115 State Capitol
Lincoln, NE 68509

**NEW HAMPSHIRE**
John M. Formella, Esq.
Office of the Attorney General
Department of Justice
33 Capitol Street
Concord, NH 03301

**NEW JERSEY**
Matthew J. Platkin, Esq.
Office of the Attorney General
RJ Hughes Justice Complex
25 Market Street, Box 080
Trenton, NJ 08625-0080

**NEW MEXICO**
Hector Balderas, Esq.
Office of the Attorney General
P.O. Box 1508
Santa Fe, NM 87501

**NEVADA**
Aaron D. Ford, Esq.
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701

**NEW YORK**
CAFA Coordinator
Office of the Attorney General
28 Liberty Street, 15th Floor
New York, NY 10005

**OHIO**
Dave Yost, Esq.
Attorney General's Office
30 East Broad Street, 14th Floor
Columbus, OH 43215

**OKLAHOMA**
John M. O'Connor, Esq.
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

**OREGON**
Ellen F. Rosenblum, Esq.
Office of the Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

**PENNSYLVANIA**
Josh Shapiro, Esq.
Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

**PUERTO RICO**
Domingo Emanuelli, Esq.
Secretary of Justice
Departamento de Justicia
Section 9020192
San Juan, PR 00902-0192

**RHODE ISLAND**
Peter F. Neronha, Esq.
Office of the Attorney General
150 South Main Street
Providence, RI 02903

**SOUTH CAROLINA**
Alan Wilson, Esq.
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211

**SOUTH DAKOTA**
Mark Vargo, Esq.
Office of Attorney General
1302 E Hwy 14 Suite 1
Pierre, SD 57501

**TENNESSEE**
Jonathan Skrmetti, Esq.
Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202

**TEXAS**
Ken Paxton, Esq.
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

**UTAH**
Sean D. Reyes, Esq.
Office of the Attorney General
P.O. Box 142320
Salt Lake City, UT 84114-2320

**VIRGINIA**
Jason S. Miyares, Esq.
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219

**VIRGIN ISLANDS**
Denise George, Esq.
Attorney General of the Virgin Islands
3438 Krondprindsens
Gade GERS Building, 2nd Floor
St. Thomas, VI 00802

**VERMONT**
Susanne R. Young, Esq.
Office of the Attorney General
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609

**UNITED STATES**

Merrick Garland, Esq.
United States Attorney General's Office
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**WASHINGTON**

Bob Ferguson, Esq.
Office of the Attorney General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100

**WISCONSIN**

Josh Kaul, Esq.
Office of the Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857

**WEST VIRGINIA**

Patrick Morrisey, Esq.
Office of the Attorney General
State Capitol Complex, Bldg. 1, Rm E-26
1900 Kanawha Blvd. E
Charleston, WV 25305

**WYOMING**

Bridget Hill, Esq.
Wyoming Attorney General
Kendrick Building
2320 Capitol Avenue
Cheyenne, WY 82002