Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

[*additional counsel on signature page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>FAT BRANDS, INC. SECURITIES LITIGATION | Case No. 2:22-cv-01820-MCS-RAO<br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS**<br><br><u>CLASS ACTION</u><br><br>Date: February 28, 2023<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

- 1 -
NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS; 2:22-cv-01820-MCS-RAO

**PLEASE TAKE NOTICE** that pursuant to the Order Re: Motion for Preliminary Approval of Class Action Settlement, entered on November 8, 2022 (Dkt. No. 61), on February 28, 2023 at 9:00 a.m., before the Honorable Mark C. Scarsi, United States District Judge for the Central District of California, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012, Lead Plaintiff Robert J. Matthews and named plaintiff Michael Melendez ("Plaintiffs") will and hereby do move this Court for entry of an order awarding: (i) attorneys' fees of 25% of the Settlement Amount; (ii) expense reimbursement of $45,000; and (iii) an award of $3,000 in total to Plaintiffs.

Plaintiffs base this motion upon the Memorandum of Points and Authorities in Support of the Motion for Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff, the Declaration of Laurence M. Rosen and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Pursuant to Local Rule 7-3, Plaintiffs have conferred with Defense Counsel who do not take a position on this motion.

| | |
|---|---|
| Dated: January 31, 2023 | **THE ROSEN LAW FIRM, P.A.** |
| | */s/Laurence M. Rosen* |
| | Laurence M. Rosen (SBN 219683) |
| | 355 South Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 785-2610 |
| | Facsimile: (213) 226-4684 |
| | Email: lrosen@rosenlegal.com |
| | |
| | Phillip Kim (*pro hac vice* pending) |
| | 275 Madison Avenue, 40th Floor |
| | New York, NY 10016 |
| | Telephone: (212) 686-1060 |
| | Facsimile: (212) 202-3827 |

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS; 2:22-cv-01820-MCS-RAO

Email: pkim@rosenlegal.com

Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs*

**POMERANTZ LLP**
Jeremy Lieberman (*pro hac vice*)
Brenda Szydlo (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (646) 581-9996
Email: jlieberman@pomlaw.com
Email: bszydlo@pomlaw.com

**BRONSTEIN, GERWITZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On January 31, 2023, I electronically filed the foregoing NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 31, 2023.

          */s/Laurence M. Rosen*