# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE:

FAT BRANDS INC. SECURITIES
LITIGATION

Case No. 2:22-cv-01820-MCS-RAO

Hon. Mark C. Scarsi

**DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.    I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred twenty-five (525) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; Case No. 2:22-cv-01820-MCS-RAO

## <u>MAILING OF THE POSTCARD NOTICE</u>

2. Pursuant to the Court's Order Re: Motion For Preliminary Approval of Class Action Settlement, dated November 8, 2022 (the "Preliminary Approval Order", Document 61), SCS was appointed and approved as Claims Administrator to supervise and administer the notice procedure as well as processing the claims in connection with the Settlement of the above-captioned action.[1] I submit this declaration in order to provide the Court and the Parties information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3. To provide actual notice to those persons and entities that purchased FAT Brands Inc. ("FAT Brands") publicly-traded securities during the period from December 4, 2017 through February 18, 2022, both dates inclusive (the "Settlement Class Period"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim and Release Form ("Claim Form") (collectively, the "Long Notice and Claim Form") to potential members of the Settlement Class. A true and correct copy of the Notice and Claim Form is attached as **Exhibit A**.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated September 23, 2022 (the "Stipulation", Document 56).

DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; Case No. 2:22-cv-01820-MCS-RAO

4.      As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers/owners whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers/owners.  The names, last-known addresses, and/or email addresses of these beneficial purchasers/owners are known only to the nominees.  SCS maintains a proprietary master list consisting of 811 banks and brokerage companies ("Nominee Account Holders"), as well as 942 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups").  On November 15, 2022, SCS caused a letter to be mailed or e-mailed to the 1,753 nominees contained in the SCS master mailing list.  The letter notified them of the Settlement and requested that they, within 10 calendar days from the date of the letter, either send the Postcard Notice or email the direct link to the Long Notice and Claim Form to their customers who may be beneficial purchasers/owners or provide SCS with a list of the names, last-known mailing addresses, and email addresses of such beneficial purchasers/owners so that SCS could promptly either mail the Postcard Notice or email a link to the Long Notice and Claim Form directly to them.  A copy of the letter sent to these nominees is attached as **Exhibit B**.

DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; Case No. 2:22-cv-01820-MCS-RAO

5.    SCS mailed, by first class mail, postage prepaid, the Postcard Notice to 94 individuals and organizations identified in the transfer records that were provided to SCS.  These records reflect persons and entities that purchased FAT Brands shares for their own account, or for the account(s) of their clients, during the Settlement Class Period.  The transfer record mailing was completed on November 23, 2022. **Exhibit C** is a copy of the Postcard Notice.

6.    Following these mailings, SCS received additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Postcard Notice be mailed by SCS, SCS received requests from nominees for Postcard Notices so that the nominees could forward them to their customers, and SCS also received notice that two nominees printed and mailed their customers the Postcard Notice.  To date, 31,909 Postcard Notices were mailed to potential Settlement Class Members.

7.    Additionally, SCS emailed one link to the Long Notice and Claim Form upon the request of a nominee and SCS was notified by a nominee that they emailed 22,320 of their clients to notify them of this settlement and provide a direct link to the Long Notice and Claim Form on the settlement webpage.

8.    In total, 54,230 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link to the Long Notice and Claim Form.

DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; Case No. 2:22-cv-01820-MCS-RAO

9.      SCS also sent the Depository Trust Company ("DTC") a Long Notice and Claim Form for the DTC to publish on its Legal Notice System ("LENS") on November 15, 2022. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.

10.      Out of the 31,909[2] Postcard Notices mailed, 1,562 were returned as undeliverable.  Of these, the United States Postal Service provided forwarding addresses for 64, and SCS immediately mailed another Postcard Notice to the updated addresses.    The remaining 1,498 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 688 were re-mailed to updated addresses.

## PUBLICATION OF THE SUMMARY NOTICE

11.      Pursuant to the Preliminary Approval Order, the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") was published electronically once on the *GlobeNewswire* and in print once in the *Investor's Business Daily* on December 12, 2022, as shown in the confirmations of publication attached hereto as **Exhibit D**.

---

[2] The 31,909 Postcard Notices mailed represent the 94 mailed for the transfer agent list and the 31,815 mailed either by SCS or the nominee.

5

## TOLL-FREE PHONE LINE

12.    SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request to be mailed the Long Notice and Claim Form. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## SETTLEMENT WEBPAGE

13.    On November 15, 2022, SCS established a webpage on its website at www.strategicclaims.net/FAT. The webpage is accessible 24 hours a day, 7 days a week.  The webpage contains the current status; the case deadlines; the online claim filing link; and important documents such as the Long Notice and Claim Form, the Preliminary Approval Order, and the Stipulation.

## REPORT ON EXCLUSIONS AND OBJECTIONS

14.    The Long Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than February 7, 2023. SCS has been monitoring all mail delivered for this case.  As of the date of this declaration, SCS has received one exclusion request letter and one inquiry regarding filing an exclusion request. SCS contacted the individual who requested exclusion via letter and telephone.  On the phone, SCS requested the required

DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; Case No. 2:22-cv-01820-MCS-RAO

information on the number of shares owned.  He stated that he was going to contact this broker.  SCS responded to the inquiry and has not received a response. As of today, there are no valid requests for exclusion. **Exhibit E** is a copy of the request for exclusion and inquiry as well as SCS' response.

15.    According to the Long Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an Award to Plaintiffs must be submitted to the Clerk of the Court as well as Lead Counsel and Counsel for Defendants, no later than February 7, 2023.  As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that an objection was filed with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31st day of January 2023, in Media, Pennsylvania.


Josephine Bravata
Josephine Bravata

DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; Case No. 2:22-cv-01820-MCS-RAO

**EXHIBIT A**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE:

FAT BRANDS INC. SECURITIES
LITIGATION

Case No. 2:22-cv-01820-MCS-RAO

Hon. Mark C. Scarsi

## NOTICE OF PENDENCY AND PROPOSED
## SETTLEMENT OF CLASS ACTION

If you purchased FAT Brands Inc. ("FAT Brands" or the "Company") publicly-traded securities during the period from December 4, 2017 through February 18, 2022, both dates inclusive ("Settlement Class Period"), you could get a payment from a proposed class action settlement ("Settlement").

*Under law, a federal court has authorized this Notice. This is not attorney advertising.*

- If approved by the Court, the Settlement will provide $3,000,000 ("Settlement Amount"), plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased FAT Brands securities during the Settlement Class Period.
- The approximate recovery, after deduction of attorneys' fees and expenses approved by the Court, is an average of $0.52 per damaged share of FAT Brands securities. This estimate is based on the assumptions set forth in the following two paragraphs. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold FAT Brands securities, the purchase and sale prices, and the total number and amount of claims filed.
- Attorneys for Plaintiffs ("Lead Counsel") intend to ask the Court to award them fees of up to one third of the Settlement Amount, or $1,000,000, reimbursement of litigation expenses of no more than $45,000, and an award to Plaintiffs not to exceed $1,500 each, or $3,000 total. Collectively, the attorneys' fees and expenses and award to Plaintiffs are estimated to average $0.27 per damaged share of FAT Brands securities. If approved by the Court, these amounts will be paid from the Settlement Fund.
- The Settlement represents an estimated average recovery of $0.79 per damaged share of FAT Brands securities for the approximately 3.8 million damaged shares during the Settlement Class Period. Shares may have been traded more than once during the Settlement Class Period. This estimate solely reflects the average recovery per damaged share of FAT Brands securities. The indicated average recovery per share will be the total average recovery for all purchasers of that share. This is not an estimate of the actual recovery per share you should expect. Your actual recovery will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold FAT Brands securities, and the total number of claims filed.
- The Settlement resolves the Action concerning whether FAT Brands and individual defendants Andrew Wiederhorn, Ron Roe, Ken Kuick, Squire Junger, Silvia Kessel, James Neuhauser, Edward H. Rensi, and Rebecca Hershinger ("Defendants") violated the federal securities laws by making misrepresentations and/or omissions of material fact in various filings with the U.S. Securities and Exchange Commission or in other public statements to investors. Defendants deny each and every claim and contention alleged in the Action and deny any misconduct or wrongdoing whatsoever, including by any of FAT Brands' officers, directors, or employees.
- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

1

**YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT**

| | |
|---|---|
| **SUBMIT A CLAIM FORM NO LATER THAN JANUARY 28, 2023** | The only way to get a payment. |
| **EXCLUDE YOURSELF NO LATER THAN FEBRUARY 7, 2023** | Get no payment. This is the only option that allows you to ever be part of any other lawsuit against Defendants about the legal claims in this case. |
| **OBJECT NO LATER THAN FEBRUARY 7, 2023** | Write to the Court and explain why you object to the Settlement. |
| **GO TO A HEARING ON FEBRUARY 28, 2023** | Ask to speak no later than February 7, 2023 in Court about the fairness of the Settlement at the hearing on February 28, 2023. |
| **DO NOTHING** | Get no payment. Give up rights. |

**INQUIRIES**

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or any other questions by Settlement Class Members should be directed to:

| | | |
|---|---|---|
| FAT Brands Inc. Securities Litigation c/o Strategic Claims Services P.O. Box 230 600 N. Jackson St., Ste. 205 Media, PA 19063 Tel.: 866-274-4004 Fax: 610-565-7985 info@strategicclaims.net | OR | Phillip Kim THE ROSEN LAW FIRM, P.A. 275 Madison Avenue, 40th Floor New York, NY 10016 Tel: 212-686-1060 Fax: 212-202-3827 Email: pkim@rosenlegal.com |

**DEFINITIONS**

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated September 23, 2022 ("Stipulation").

**COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT**

**1.    Why did I get this Notice?**

You or someone in your family may have purchased FAT Brands securities between December 4, 2017 and February 18, 2022, both dates inclusive.

**2.    What is this lawsuit about?**

The case is known as *In re FAT Brands Inc. Securities Litigation,* Case No. 2:22-cv-01820-MCS-RAO (C.D. Cal.) ("Action"). The Action is pending in the United States District Court for the Central District of California.

The Action involves Plaintiffs' allegations that Defendants violated the federal securities laws by making false or misleading statements in FAT Brands' filings with the U.S. Securities and Exchange Commission or other public statements to investors concerning, among other things, the Company's leadership team and its accounting for related party transactions. The Complaint asserts that the alleged

2

misstatements or omissions artificially inflated the price of FAT Brands securities, and that the stock price dropped in response to certain subsequent disclosures. Defendants have denied and continue to deny the allegations in the Complaint and all charges of wrongdoing or liability against FAT Brands or any of its officers, directors, or employees. The Settlement shall in no event be construed as, or deemed to be evidence of, an admission or concession by any of the Defendants with respect to any claim or any fault or wrongdoing or damage to the Settlement Class Members or any other person. The Settlement resolves all of the claims in the Action, as well as certain other claims or potential claims.

**3.    Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

**4.    Why is there a Settlement?**

Plaintiffs and Defendants do not agree regarding the merits of Plaintiffs' allegations and Defendants' defenses with respect to liability or the amount of damages per share, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. The issues on which Plaintiffs and Defendants disagree include: (1) whether Defendants made any statements or omissions that were materially false or misleading or otherwise actionable under federal securities law; (2) whether certain Defendants acted with scienter; (3) to the extent any statements or omissions were materially false or misleading, whether any subsequent disclosures corrected any prior false or misleading statements or omissions by Defendants; (4) the causes of the loss in the value of the stock; and (5) the amount of damages, if any, that could be recovered at trial.

This matter has not gone to trial. Instead, Plaintiffs and Defendants have agreed to settle the case. Plaintiffs and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses Defendants would raise. Among the reasons that Plaintiffs and Lead Counsel believe the Settlement is fair is the fact that there is uncertainty about whether they will prevail on Defendants' anticipated motions to dismiss, whether they would be able to prevail on a motion for class certification, whether they would be able to prove their claims at trial, and whether they will be able to prove that the alleged misstatements and omissions actually caused the Settlement Class any damages, and the amount of damages, if any.

Even if Plaintiffs were to win at trial, and also prevail on any on appeal brought by Defendants, Plaintiffs might not be able to collect some, or all, of any judgment the class would be awarded. Moreover, litigation of this type is usually expensive, and it appears that, even if Plaintiffs' allegations were eventually found to be true, the total amount of damages to which Settlement Class Members would be entitled could be substantially reduced.

**5.    How do I know if I am part of the Settlement?**

The Settlement Class consists of those Persons who purchased FAT Brands securities from December 4, 2017 through February 18, 2022, both dates inclusive.

**6.    Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are: (a) persons who suffered no compensable losses; and (b) Defendants; the present and former officers, directors, and affiliates of FAT Brands at all relevant

3

times; FAT Brands' employee retirement or benefit plan(s) and their participants or beneficiaries to the extent they purchased or acquired FAT Brands securities through any such plan(s); immediate family members, legal representatives, heirs, successors or assigns of any excluded person or entity; and any entity affiliated with any excluded person or in which any excluded person or entity has a controlling interest. Also excluded from the Settlement Class are persons who file valid and timely requests for exclusion from the Settlement Class.

**7.      I am still not sure whether I am included.**

If you are still not sure whether you are included, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004 or by facsimile at (610) 565-7985, or by visiting the website www.strategicclaims.net/FAT, or by filling out and returning the Proof of Claim and Release Form described in Question 9, to see if you qualify.

**8.      What does the Settlement provide?**

**a.      What is the Settlement Fund?**

The proposed Settlement provides that Defendants pay $3,000,000 into a Settlement Fund. The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees and reasonable litigation expenses to Lead Counsel and any Award to the Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing this Notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining ("Net Settlement Fund") will be distributed according to the Plan of Allocation to be approved by the Court to Settlement Class Members who submit timely, valid Proof of Claim and Release Forms.

**b.      What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed; (ii) the dates you purchased and sold FAT Brands securities; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amounts awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and any awards to Plaintiffs.

The Claims Administrator will determine each Settlement Class Member's *pro rata* share of the Net Settlement Fund based upon each Settlement Class Member's valid "Recognized Loss." The Recognized Loss formula is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial; it also is not an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Settlement Class Members with valid claims ("Authorized Claimants").

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and Release Form and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Stipulation or by order of the Court under the below Plan of Allocation, which reflects Plaintiffs' contention that because of the alleged misrepresentations made by Defendants, the prices of FAT Brands securities were artificially inflated during the relevant period and that certain subsequent disclosures caused changes in the inflated price of FAT Brands securities. Defendants have denied these allegations.

<u>**PROPOSED PLAN OF ALLOCATION**</u>

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Class Members.  Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website: www.strategicclaims.net/FAT.

To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Notice and Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. Six months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel.

<u>**THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:**</u>

Each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on their Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants. Recognized Losses will be calculated as follows:

For Authorized Claimants who have Recognized Losses for more than one type of FAT Brands security pursuant to the subsections below, their total Recognized Loss will be the aggregate of their Recognized Losses for each type of security.

I)        For FAT Brands Class A Common Stock (trading symbol, FAT) purchased during the Settlement Class Period, the Recognized Loss shall be calculated as follows:

A.  For shares retained at the end of trading on May 20, 2022, the Recognized Loss shall be the lesser of:

(i)        $2.36 per share; or

(ii)        the difference between the purchase price per share and $6.85 per share.[1]

B.  For shares sold on or before February 18, 2022, the Recognized Loss per share shall be $0.

C.  For shares sold between February 22, 2022 and May 20, 2022, inclusive, the Recognized Loss shall be the lesser of:

i)        $2.36 per share: or

ii)        the difference between the purchase price per share and the average closing price per share as of date of sale provided in Table A below.

| Table A | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 2/22/2022 | $8.14 | $8.14 | | 3/23/2022 | $7.66 | $7.60 | | 4/22/2022 | $6.13 | $7.18 |
| 2/23/2022 | $7.95 | $8.05 | | 3/24/2022 | $7.60 | $7.60 | | 4/25/2022 | $6.00 | $7.15 |
| 2/24/2022 | $7.06 | $7.72 | | 3/25/2022 | $7.46 | $7.59 | | 4/26/2022 | $5.75 | $7.12 |
| 2/25/2022 | $7.51 | $7.67 | | 3/28/2022 | $7.55 | $7.59 | | 4/27/2022 | $5.87 | $7.09 |
| 2/28/2022 | $7.37 | $7.61 | | 3/29/2022 | $7.36 | $7.58 | | 4/28/2022 | $5.75 | $7.06 |
| 3/1/2022 | $7.34 | $7.56 | | 3/30/2022 | $7.50 | $7.58 | | 4/29/2022 | $5.95 | $7.04 |
| 3/2/2022 | $7.48 | $7.55 | | 3/31/2022 | $7.48 | $7.58 | | 5/2/2022 | $5.83 | $7.02 |
| 3/3/2022 | $7.55 | $7.55 | | 4/1/2022 | $7.40 | $7.57 | | 5/3/2022 | $6.30 | $7.00 |
| 3/4/2022 | $7.35 | $7.53 | | 4/4/2022 | $7.45 | $7.57 | | 5/4/2022 | $6.25 | $6.99 |
| 3/7/2022 | $7.11 | $7.49 | | 4/5/2022 | $7.43 | $7.56 | | 5/5/2022 | $6.12 | $6.97 |
| 3/8/2022 | $7.49 | $7.49 | | 4/6/2022 | $7.20 | $7.55 | | 5/6/2022 | $6.00 | $6.95 |
| 3/9/2022 | $7.50 | $7.49 | | 4/7/2022 | $7.15 | $7.54 | | 5/9/2022 | $6.10 | $6.94 |
| 3/10/2022 | $7.56 | $7.49 | | 4/8/2022 | $6.75 | $7.51 | | 5/10/2022 | $6.03 | $6.92 |
| 3/11/2022 | $7.35 | $7.48 | | 4/11/2022 | $6.60 | $7.49 | | 5/11/2022 | $6.14 | $6.91 |
| 3/14/2022 | $7.40 | $7.48 | | 4/12/2022 | $6.15 | $7.45 | | 5/12/2022 | $6.00 | $6.89 |
| 3/15/2022 | $7.45 | $7.48 | | 4/13/2022 | $5.56 | $7.40 | | 5/13/2022 | $6.72 | $6.89 |
| 3/16/2022 | $7.54 | $7.48 | | 4/14/2022 | $6.06 | $7.36 | | 5/16/2022 | $6.89 | $6.89 |
| 3/17/2022 | $7.73 | $7.49 | | 4/18/2022 | $5.82 | $7.33 | | 5/17/2022 | $6.72 | $6.88 |
| 3/18/2022 | $8.24 | $7.53 | | 4/19/2022 | $5.65 | $7.28 | | 5/18/2022 | $6.56 | $6.88 |

---

[1] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $6.85 per share was the mean (average) daily closing trading price of the Company's Class A Common Stock during the 90-day period beginning on February 22, 2022 and ending on May 20, 2022.

6

| Table A | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 3/21/2022 | $8.70 | $7.59 | | 4/20/2022 | $5.70 | $7.24 | | 5/19/2022 | $6.00 | $6.87 |
| 3/22/2022 | $7.69 | $7.60 | | 4/21/2022 | $5.50 | $7.20 | | 5/20/2022 | $5.86 | $6.85 |

II)      For FAT Brands Class B Common Stock (trading symbol, FATBB) purchased during the Settlement Class Period, the Recognized Loss shall be calculated as follows:

A.  For shares retained at the end of trading on May 20, 2022, the Recognized Loss shall be the lesser of:
   (i)      $1.64 per share; or
   (ii)     the difference between the purchase price per share and $8.09 per share.[2]
B.  For shares sold on or before February 18, 2022, the Recognized Loss per share shall be $0.
C.  For shares sold between February 22, 2022 and May 20, 2022, inclusive, the Recognized Loss shall be the lesser of:
   i)      $1.64 per share: or
   ii)     the difference between the purchase price per share and the average closing price per share as of date of sale provided in Table B below.

| Table B | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 2/22/2022 | $8.89 | $8.89 | | 3/23/2022 | $7.86 | $8.56 | | 4/22/2022 | $8.49 | $8.58 |
| 2/23/2022 | $9.96 | $9.42 | | 3/24/2022 | $8.11 | $8.54 | | 4/25/2022 | $7.51 | $8.56 |
| 2/24/2022 | $9.11 | $9.32 | | 3/25/2022 | $8.00 | $8.51 | | 4/26/2022 | $7.52 | $8.53 |
| 2/25/2022 | $9.29 | $9.31 | | 3/28/2022 | $7.70 | $8.48 | | 4/27/2022 | $7.50 | $8.51 |
| 2/28/2022 | $9.60 | $9.37 | | 3/29/2022 | $10.55 | $8.56 | | 4/28/2022 | $7.42 | $8.49 |
| 3/1/2022 | $9.30 | $9.36 | | 3/30/2022 | $9.97 | $8.61 | | 4/29/2022 | $7.42 | $8.46 |
| 3/2/2022 | $9.72 | $9.41 | | 3/31/2022 | $9.70 | $8.65 | | 5/2/2022 | $7.42 | $8.44 |
| 3/3/2022 | $9.30 | $9.40 | | 4/1/2022 | $9.67 | $8.69 | | 5/3/2022 | $7.30 | $8.42 |
| 3/4/2022 | $9.21 | $9.38 | | 4/4/2022 | $9.16 | $8.70 | | 5/4/2022 | $7.47 | $8.40 |
| 3/7/2022 | $8.75 | $9.31 | | 4/5/2022 | $9.21 | $8.72 | | 5/5/2022 | $7.00 | $8.37 |
| 3/8/2022 | $8.74 | $9.26 | | 4/6/2022 | $9.20 | $8.73 | | 5/6/2022 | $7.47 | $8.36 |
| 3/9/2022 | $8.50 | $9.20 | | 4/7/2022 | $8.39 | $8.72 | | 5/9/2022 | $7.46 | $8.34 |
| 3/10/2022 | $8.08 | $9.11 | | 4/8/2022 | $8.39 | $8.71 | | 5/10/2022 | $7.47 | $8.33 |
| 3/11/2022 | $7.79 | $9.02 | | 4/11/2022 | $8.05 | $8.69 | | 5/11/2022 | $7.47 | $8.31 |
| 3/14/2022 | $7.79 | $8.94 | | 4/12/2022 | $8.04 | $8.68 | | 5/12/2022 | $7.01 | $8.29 |
| 3/15/2022 | $8.18 | $8.89 | | 4/13/2022 | $7.70 | $8.65 | | 5/13/2022 | $7.01 | $8.27 |
| 3/16/2022 | $7.70 | $8.82 | | 4/14/2022 | $8.00 | $8.63 | | 5/16/2022 | $6.07 | $8.23 |

---

[2] $8.09 per share was the mean (average) daily closing trading price of the Company's Class B Common Stock during the 90-day period beginning on February 22, 2022 and ending on May 20, 2022.

| Table B | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 3/17/2022 | $7.81 | $8.76 | | 4/18/2022 | $8.00 | $8.62 | | 5/17/2022 | $6.16 | $8.19 |
| 3/18/2022 | $7.30 | $8.69 | | 4/19/2022 | $8.00 | $8.60 | | 5/18/2022 | $5.83 | $8.15 |
| 3/21/2022 | $7.54 | $8.63 | | 4/20/2022 | $7.93 | $8.58 | | 5/19/2022 | $6.37 | $8.13 |
| 3/22/2022 | $7.80 | $8.59 | | 4/21/2022 | $8.46 | $8.58 | | 5/20/2022 | $5.90 | $8.09 |

III)    For FAT Brands Cumulative Preferred Stock (trading symbol, FATBP) purchased during the Settlement Class Period, the Recognized Loss shall be calculated as follows:

    A.  For shares retained at the end of trading on May 20, 2022, the Recognized Loss shall be the lesser of:

        (i)      $5.32 per share; or

        (ii)    the difference between the purchase price per share and $13.66 per share.[3]

    B.  For shares sold on or before February 18, 2022, the Recognized Loss per share shall be $0.

    C.  For shares sold between February 22, 2022 and May 20, 2022, inclusive, the Recognized Loss shall be the lesser of:

        i)       $5.32 per share: or

        ii)    the difference between the purchase price per share and the average closing price per share as of date of sale provided in Table C below.

| Table C | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 2/22/2022 | $12.37 | $12.37 | | 3/23/2022 | $13.40 | $12.84 | | 4/22/2022 | $12.71 | $12.95 |
| 2/23/2022 | $14.93 | $13.65 | | 3/24/2022 | $13.10 | $12.86 | | 4/25/2022 | $12.35 | $12.94 |
| 2/24/2022 | $13.12 | $13.47 | | 3/25/2022 | $13.20 | $12.87 | | 4/26/2022 | $12.50 | $12.93 |
| 2/25/2022 | $13.11 | $13.38 | | 3/28/2022 | $13.02 | $12.88 | | 4/27/2022 | $12.55 | $12.92 |
| 2/28/2022 | $13.37 | $13.38 | | 3/29/2022 | $13.02 | $12.88 | | 4/28/2022 | $12.50 | $12.91 |
| 3/1/2022 | $13.44 | $13.39 | | 3/30/2022 | $13.13 | $12.89 | | 4/29/2022 | $12.77 | $12.91 |
| 3/2/2022 | $13.49 | $13.40 | | 3/31/2022 | $13.10 | $12.90 | | 5/2/2022 | $12.93 | $12.91 |
| 3/3/2022 | $13.40 | $13.40 | | 4/1/2022 | $13.40 | $12.92 | | 5/3/2022 | $13.25 | $12.92 |
| 3/4/2022 | $12.85 | $13.34 | | 4/4/2022 | $13.50 | $12.93 | | 5/4/2022 | $13.43 | $12.93 |
| 3/7/2022 | $12.85 | $13.29 | | 4/5/2022 | $13.89 | $12.97 | | 5/5/2022 | $13.29 | $12.93 |
| 3/8/2022 | $12.20 | $13.19 | | 4/6/2022 | $13.82 | $12.99 | | 5/6/2022 | $14.33 | $12.96 |
| 3/9/2022 | $12.50 | $13.14 | | 4/7/2022 | $13.61 | $13.01 | | 5/9/2022 | $15.99 | $13.02 |
| 3/10/2022 | $12.49 | $13.09 | | 4/8/2022 | $13.28 | $13.02 | | 5/10/2022 | $17.10 | $13.09 |
| 3/11/2022 | $12.25 | $13.03 | | 4/11/2022 | $13.00 | $13.02 | | 5/11/2022 | $16.68 | $13.15 |
| 3/14/2022 | $12.07 | $12.96 | | 4/12/2022 | $12.95 | $13.02 | | 5/12/2022 | $16.40 | $13.21 |

---

[3] $13.66 per share was the mean (average) daily closing trading price of the Company's Cumulative Preferred Stock during the 90-day period beginning on February 22, 2022 and ending on May 20, 2022.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Table C | | | | | | |
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 3/15/2022 | $11.86 | $12.89 | | 4/13/2022 | $12.90 | $13.01 | | 5/13/2022 | $17.60 | $13.29 |
| 3/16/2022 | $11.86 | $12.83 | | 4/14/2022 | $12.55 | $13.00 | | 5/16/2022 | $17.36 | $13.36 |
| 3/17/2022 | $12.21 | $12.80 | | 4/18/2022 | $12.50 | $12.99 | | 5/17/2022 | $17.98 | $13.43 |
| 3/18/2022 | $12.43 | $12.78 | | 4/19/2022 | $12.56 | $12.98 | | 5/18/2022 | $18.08 | $13.51 |
| 3/21/2022 | $12.87 | $12.78 | | 4/20/2022 | $12.55 | $12.97 | | 5/19/2022 | $18.17 | $13.58 |
| 3/22/2022 | $13.50 | $12.82 | | 4/21/2022 | $12.58 | $12.96 | | 5/20/2022 | $18.36 | $13.66 |

IV)    For FAT Brands Warrants to purchase Class A Common Stock (trading symbol, FATBW) purchased during the Settlement Class Period, the Recognized Loss shall be calculated as follows:

    A.  For warrants retained at the end of trading on May 20, 2022, the Recognized Loss shall be the lesser of:
        (i)      $2.37 per warrant; or
        (ii)     the difference between the purchase price per warrant and $3.94 per warrant.[4]
    B.  For warrants sold on or before February 18, 2022, the Recognized Loss per warrant shall be $0.
    C.  For warrants sold between February 22, 2022 and May 20, 2022, inclusive, the Recognized Loss shall be the lesser of:
        i)      $2.37 per warrant: or
        ii)     the difference between the purchase price per warrant and the average closing price per warrant as of date of sale provided in table D below.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Table D | | | |
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 2/22/2022 | $4.47 | $4.47 | | 3/23/2022 | $4.50 | $4.15 |
| 2/23/2022 | $4.15 | $4.31 | | 3/24/2022 | $4.50 | $4.17 |
| 2/24/2022 | $3.44 | $4.02 | | 3/30/2022 | $4.50 | $4.19 |
| 2/25/2022 | $3.51 | $3.89 | | 3/31/2022 | $4.50 | $4.21 |
| 2/28/2022 | $3.51 | $3.82 | | 4/6/2022 | $3.87 | $4.19 |
| 3/1/2022 | $3.55 | $3.77 | | 4/7/2022 | $3.85 | $4.17 |
| 3/2/2022 | $3.63 | $3.75 | | 4/8/2022 | $3.55 | $4.15 |
| 3/3/2022 | $3.71 | $3.75 | | 4/11/2022 | $3.55 | $4.12 |
| 3/8/2022 | $4.00 | $3.77 | | 4/12/2022 | $3.55 | $4.10 |
| 3/9/2022 | $4.34 | $3.83 | | 4/13/2022 | $3.12 | $4.06 |
| 3/11/2022 | $4.34 | $3.88 | | 4/22/2022 | $3.12 | $4.02 |
| 3/17/2022 | $4.90 | $3.96 | | 4/28/2022 | $3.12 | $3.99 |

---

[4] $3.94 per warrant was the mean (average) daily closing trading price of the Company's Warrants to purchase Class A Common Stock during the 90-day period beginning on February 22, 2022 and ending on May 20, 2022.

| Table D | | | | | | |
|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 3/18/2022 | $4.90 | $4.03 | | 5/5/2022 | $3.12 | $3.96 |
| 3/21/2022 | $5.00 | $4.10 | | 5/9/2022 | $3.41 | $3.94 |
| 3/22/2022 | $4.50 | $4.13 | | | | |

For purposes of calculating your Recognized Loss, the date of purchase or sale is the "contract" or "trade" date and not the "settlement" or "payment" date.  The receipt or grant by gift, inheritance or operation of law of the Company shares shall not be deemed a purchase or sale of shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For purposes of calculating your Recognized Loss, all purchases and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim and Release Form enclosed with this Notice, you must provide all your purchases of the Company shares during the period December 4, 2017 through and including May 20, 2022.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Defendants, Defendants' Counsel, Plaintiffs, Lead Counsel or the Claims Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Proof of Claim and Release Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

**9.**    **How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This form is attached to this Notice. You may also obtain this form on the Settlement website at www.strategicclaims.net/FAT. Read the instructions carefully, fill out the form, sign it in the location indicated. The Proof of Claim and Release Form may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/FAT by 11:59 p.m. EST on January 28, 2023; or (2) by mailing the claim form together with all documentation requested in the form, postmarked no later than January 28, 2023, to the Claims Administrator at:

FAT Brands Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax:  610-565-7985
info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

## 10.   What am I giving up to get a payment or stay in the Class?

Unless you exclude yourself from the Settlement Class by the February 7, 2023 deadline, you will remain a member of the Settlement Class and will be bound by the release of claims against the Defendants and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against the Defendants and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase of FAT Brands securities during the Settlement Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as the sole compensation for any losses you suffered in the purchase or sale of FAT Brands securities during the Settlement Class Period. The specific terms of the release are included in the Stipulation.

## 11.   How do I exclude myself from the Settlement?

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Released Parties on your own about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *In re FAT Brands Inc. Securities Litigation,* Case No. 2:22-cv-01820 (C.D. Cal.);" (B) states the date, number of shares and dollar amount of each FAT Brands securities purchase during the Settlement Class Period, and any sale transactions; and (C) states the number of shares of FAT Brands securities held by you as of May 20, 2022. To be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase and, if applicable, sale transaction of FAT Brands securities during the Settlement Class Period, and (ii) demonstrating your status as a beneficial owner of the FAT Brands securities. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be received no later than February 7, 2023, to the Claims Administrator at the following address:

FAT Brands Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

You cannot exclude yourself by telephone or by e-mail.

If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the Final Judgment in this case.

**12.    If I do not exclude myself, can I sue the Defendants for the same thing later?**

No. Unless you followed the procedure outlined in this Notice and the Court's Preliminary Approval Order to exclude yourself, you give up any right to sue the Defendants or other Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

**13.    Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Lead Counsel, to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided above.

**14.    How will the lawyers be paid?**

Lead Counsel have expended considerable time litigating this action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will file a motion asking the Court at the Settlement Hearing to make an award of attorneys' fees in an amount not to exceed one third of the Settlement, or $1,000,000, for reimbursement of reasonable litigation expenses not to exceed $45,000, and an Award to Plaintiffs in an amount not to exceed $1,500 each, or $3,000 total. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15.    How do I tell the Court that I object to the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an Award to Plaintiffs, and that you think the Court should not approve any or all of the foregoing, by mailing a letter stating that you object to the Settlement in the matter of *In re FAT Brands Inc. Securities Litigation,* Case No. 2:22-cv-01820 (C.D. Cal.). Be sure to include (1) your name, address, and telephone number, (2) a list of all purchases and sales of FAT Brands securities during the Settlement Class Period in order to show membership in the Settlement Class, (3) all grounds for the objection, including any legal support known to you or your counsel, (4) the name, address and telephone number of all counsel, if any, who represent you, and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be received no later than February 7, 2023:

12

| Clerk of the Court<br>United States District Court<br>Central District of California<br>First Street Federal<br>Courthouse<br>350 W. First Street, Suite 4311<br>Los Angeles, CA 90012 | LEAD COUNSEL:<br>THE ROSEN LAW FIRM,<br>P.A.<br>Phillip Kim<br>275 Madison Avenue, 40th<br>Floor<br>New York, NY 10016 | COUNSEL FOR<br>DEFENDANTS:<br>SHEPPARD, MULLIN,<br>RICHTER & HAMPTON LLP<br>John P. Stigi III<br>1901 Avenue for the Stars,<br>Suite 1600<br>Los Angeles, CA 90067 |
| --- | --- | --- |

**16.    What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17.    When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Hearing on February 28, 2023, at 9:00 a.m., at the U.S. District Court, Central District of California, First Street Federal Courthouse, 350 W. First Street, Courtroom 7C, Los Angeles, CA 90012, or by telephonic or videoconference means as directed by the Court.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and whether to approve the Settlement. If there are objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. The Court may also decide whether to approve the Plan of Allocation, as well as how much to pay Lead Counsel for attorneys' fees and expenses and how much to award to Plaintiffs.

**18.    Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.    What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Parties about the Released Claims (as defined in the Stipulation) ever again.

DATED: NOVEMBER 8, 2022

_____

BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

**PROOF OF CLAIM AND RELEASE FORM**

**Deadline for Submission:  January 28, 2023**

IF YOU PURCHASED FAT BRANDS, INC. ("FAT BRANDS" OR THE "COMPANY") PUBLICLY-TRADED-SECURITIES DURING THE PERIOD FROM DECEMBER 4, 2017 THROUGH FEBRUARY 18, 2022, BOTH DATES INCLUSIVE ("SETTLEMENT CLASS PERIOD"), YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE SETTLEMENT CLASS ARE DEFENDANTS, THE PRESENT AND FORMER OFFICERS, DIRECTORS, AND AFFILIATES OF FAT BRANDS AT ALL RELEVANT TIMES, FAT BRANDS' EMPLOYEE RETIREMENT OR BENEFIT PLAN(S) AND THEIR PARTICIPANTS OR BENEFICIARIES TO THE EXTENT THEY PURCHASED OR ACQUIRED FAT BRANDS SECURITIES THROUGH ANY SUCH PLAN(S), THE IMMEDIATE FAMILY MEMBERS, LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS OR ASSIGNS OF ANY SUCH EXCLUDED PERSON OR ENTITY, AND ANY ENTITY AFFILIATED WITH ANY EXCLUDED PERSON OR IN WHICH ANY EXCLUDED PERSON HAS A CONTROLLING INTEREST. ALSO EXCLUDED ARE THOSE WHO VALIDLY OPT-OUT, AND THOSE WITH NO COMPENSATORY LOSSES).

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM") IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS. YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS PROOF OF CLAIM BY 11:59 P.M. EST ON JANUARY 28, 2023 AT WWW.STRATEGICCLAIMS.NET/FAT.

IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS PROOF OF CLAIM, YOU MUST COMPLETE AND SIGN THIS PROOF OF CLAIM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN JANUARY 28, 2023 TO STRATEGIC CLAIMS SERVICES, THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

FAT Brands Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
info@strategicclaims.net

YOUR FAILURE TO SUBMIT YOUR CLAIM BY JANUARY 28, 2023 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION. DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL, AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM, YOU WILL NOT SHARE IN THE SETTLEMENT, BUT YOU NEVERTHELESS WILL BE BOUND BY THE FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

14

## CLAIMANT'S STATEMENT

1.  I (we) purchased FAT Brands Inc. ("FAT Brands" or the "Company") publicly-traded securities during the Settlement Class Period. (Do not submit this Proof of Claim if you did not purchase FAT Brands securities during the Settlement Class Period.)

2.  By submitting this Proof of Claim, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above or am (are) acting for such person(s); that I am (we are) not a Defendant(s) in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice of Pendency and Proposed Settlement of Class Action ("Notice"); that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund; that I (we) elect to participate in the proposed Settlement; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3.  I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proof of Claim.

4.  I (we) have set forth where requested below all relevant information with respect to each purchase of FAT Brands securities, and each sale, if any, of the same. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5.  I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of FAT Brands securities listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6.  I (we) understand that the information contained in this Proof of Claim is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss. In some cases, the Claims Administrator may condition acceptance of the claim upon the production of additional information, including, where applicable, information concerning transactions in any derivative securities, such as options.)

7.  Upon the occurrence of the Court's approval of the Settlement, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates (or, if I am (we are) submitting this Proof of Claim on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates) of each of the "Released Parties" of all "Released Claims" as those terms are defined in the Stipulation of Settlement, dated September 23, 2022 ("Stipulation").

8.  Upon the occurrence of the Court's approval of the Settlement, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates (or, if I am (we are) submitting

15

this Proof of Claim on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

9.  "Released Parties" has the meaning defined in the Stipulation.

10. "Released Claims" has the meaning defined in the Stipulation.

11. "Unknown Claims" has the meaning defined in the Stipulation.

12. I (we) agree and acknowledge that I (we) may hereafter discover facts in addition to or different from those which I (we) now know or believe to be true with respect to the Released Claims, but I (we) agree and acknowledge that, upon the Effective Date as defined in the Stipulation, I (we) shall be deemed to have, and by operation of the Final Judgment shall have, fully, finally and forever settled and released, any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of fiduciary duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts.  I (we) agree and acknowledge that the foregoing waiver was separately bargained for and a key element of the Settlement of which this release is a part.

13. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with the authority to file on behalf of (a) accounts of multiple Persons and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their clients' transactions in the approved electronic spreadsheet format, which is available by request to the Claims Administrator at efile@strategicclaims.net or by visiting the website www.strategicclaims.net/institutional-filers/. One spreadsheet may contain the information for multiple Persons and institutional accounts who constitute distinct legal entities ("Legal Entities"), but all Representative Filers MUST also submit a manually signed Proof of Claim and Release Form, as well as proof of authority to file (see Item 2 of the Claimant's Statement) along with the electronic spreadsheet. The transactions and holdings in FAT Brands securities should be reported in the electronic file so that each resulting Claim corresponds to a single Legal Entity, regardless of the number of individually managed accounts the Legal Entity has, as only one Claim will be processed per Legal Entity (e.g. a Representative Filer reporting the transactions for a fund with multiple sub-accounts should report one total holding at the start of the Settlement Class Period, one total holding at the close of trading in May 20, 2022, and a single set of transactions that includes all transactions made by the Legal Entity across their sub-accounts; this would constitute and be processed a single Claim). The Claims Administrator reserves the right to combine a Legal Entity's accounts into a single Claim prior to processing in the event that a Legal Entity's accounts are divided across multiple Claims when submitted by a Representative Filer. The Claims Administrator also reserves the right to request additional documentary proof regarding a Legal Entity's transactions and holdings in FAT Brands securities to prove and accurately process the Claim.

14. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Proof of Claim and Release Form hosted at www.strategicclaims.net/FAT.  If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Proof of Claim and Release Form has been submitted.  If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004.  If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Proof of Claim and Release Form.

15. In order to provide accurate claims processing you must provide all transactions in FAT Brands securities between December 4, 2017 and May 20, 2022, both dates inclusive.

16

FAT Brands

## I. CLAIMANT INFORMATION

| | | |
|---|---|---|
| Beneficial Owner Name | | |
| Record Owner Name | | |
| Address | | |
| | | |
| City | State | ZIP |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II. SCHEDULE OF TRANSACTIONS IN FAT BRANDS, INC. SECURITIES

**Beginning Holdings:**

A. State the total number of shares of FAT Brands, Inc. ("FAT Brands") securities held at the close of trading on December 3, 2017 (*must be documented).* If none, write "zero" or "0."

| | |
|---|---|
| *Class A (FAT)* | |
| *Class B (FATBB)* | |
| *Preferred (FATBP)* | |
| *Warrants (FATBW)* | |

**Purchases:**

B. Separately list each and every purchase of FAT Brands securities between December 4, 2017 and May 20, 2022, both dates inclusive, and provide the following information (*must be documented):*

| Security Type (Class A/Class B/ Preferred/Warrants) | Trade Date (List Chronologically) (Month/Day/Year) | Number of Securities Purchased | Price per Security | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

17

FAT Brands

**Sales:**

C.  Separately list each and every sale of FAT Brands securities between December 4, 2017 and May 20, 2022, both dates inclusive, and provide the following information (*must be documented*):

| Security Type (Class A/Class B/ Preferred/Warrants) | Trade Date (List Chronologically) (Month/Day/Year) | Number of Securities Sold | Price per Security | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| |
|---|
| *Class A (FAT)* |
| *Class B (FATBB)* |
| *Preferred (FATBP)* |
| *Warrants (FATBW)* |

**Ending Holdings:**

D.  State the total number of shares of FAT Brands securities held at the close of trading on May 20, 2022 (*must be documented).* If none, write "zero" or "0."

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

**III. SUBSTITUTE FORM W-9**

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s).  For most individuals, this is your Social Security Number.  The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number.  If you fail to provide this information, your claim may be rejected.

| Social    Security    Number    (for individuals) | **or** | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| _____ |  | _____ |

**IV. CERTIFICATION**

I (We) submit this Proof of Claim under the terms of the Stipulation and Settlement described in the Notice.  I (We) also submit to the jurisdiction of the United States District Court for the Central District of California, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of FAT Brands securities during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

18

FAT Brands

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)
☐ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date: _____

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/FAT NO LATER THAN 11:59 P.M. ON JANUARY 28, 2023, OR POSTMARKED NO LATER THAN JANUARY 28, 2023 AND MUST BE MAILED TO:**

FAT Brands Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.: 866-274-4004
Fax: 610-565-7985
info@strategicclaims.net

A Proof of Claim received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by January 28, 2023 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions. In all other cases, a Proof of Claim shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to process fully all of the Proofs of Claim and to administer the Settlement. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim. Please notify the Claims Administrator of any change of address.

19

FAT Brands Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

## REMINDER CHECKLIST

- Please be sure to sign this Proof of Claim on page 19. If this Proof of Claim is submitted on behalf of joint claimants, then both claimants must sign.
- Please remember to attach supporting documents. Do NOT send any stock certificates. Keep copies of everything you submit.
- Do NOT use highlighter on the Proof of Claim or any supporting documents.
- If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or to deliver payment to you.

**REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS**

STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202       EMAIL: info@strategicclaims.net       FAX: (610) 565-7985

November 15, 2022

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS OR ENTITIES WHO PURCHASED FAT BRANDS INC. ("FAT BRANDS" OR THE "COMPANY") PUBLICLY-TRADED SECURITIES DURING THE PERIOD FROM DECEMBER 4, 2017 THROUGH FEBRUARY 18, 2022, BOTH DATES INCLUSIVE.

Excluded from the Settlement Class are: Defendants; the present and former officers, directors, affiliates of FAT Brands at all relevant times; FAT Brands' employee retirement or benefit plan(s) and their participants or beneficiaries to the extent they purchased or acquired FAT Brands securities through any such plan(s); immediate family members, legal representatives, heirs, successors or assigns of any excluded person or entity; and any entity affiliated with any excluded person or in which any excluded person or entity has a controlling interest.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *FAT BRANDS INC. SECURITIES LITIGATION*<br>Case No. 2:22-cv-01820-MCS-RAO<br>Claim Filing Deadline: January 28, 2023<br>Exclusion Deadline: February 7, 2023<br>Objection Deadline: February 7, 2023<br>Settlement Hearing: February 28, 2023 | Cusip Numbers:<br><br>Class A Common Stock (FAT): 30258N105<br>Class B Common Stock (FATBB): 30258N600<br>Cumulative Preferred Stock (FATBP): 30258N501<br>Warrants (FATBW): 30258N121 |

**PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE**

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing of the link to the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim and Release Form ("Proof of Claim") electronically or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice, you have ten (10) calendar days to mail them; or
4. Request a link to the location of the Long Notice and Proof of Claim and advise us that you will be emailing the Long Notice and Proof of Claim electronically to your beneficial purchasers/owners within ten (10) days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.03 per email Long Notice and Proof of Claim sent** OR
- **$0.03 per name, address and email address** if you are providing us the records OR
- **$0.03 per name and address, including materials, plus postage at the current pre-sort rate used by the Claims Administrator** if you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter**.

You are on record as having been notified of the legal matter. A copy of the Long Notice and Proof of Claim and all the important documents are available on our website at www.strategicclaims.net/FAT. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,
Claims Administrator
FAT Brands Inc Securities Litigation

# **EXHIBIT C**

FAT Brands Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
Media, PA 19063

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities Class Action Settlement*

*You may be entitled to a payment. This notice may affect your legal rights.*

*Please read it carefully.*

There has been a proposed Settlement of all claims against FAT Brands Inc. ("FAT Brands") and certain of its officers and directors (collectively, "Defendants"). The Settlement resolves a lawsuit in which Plaintiffs allege that, in violation of the federal securities laws, Defendants misled investors, issuing materially false and misleading statements and causing damages to Settlement Class Members. Defendants deny any wrongdoing.

You received this Notice because you or someone in your family may have purchased FAT Brands securities between December 4, 2017 and February 18, 2022, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for the settlement and dismissal and release of Defendants, a fund consisting of $3,000,000 ("Settlement Fund"), less attorneys' fees and expenses, will be divided among all Settlement Class Members who submit a valid Proof of Claim and Release Form ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement at www.strategicclaims.net/FAT and please request a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim by contacting the Claims Administrator in any of the following ways: (1) mail: *FAT Brands Inc. Securities Litigation*, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) call: toll free, (866) 274-4004; (3) Fax: (610) 565-7985; (4) email: info@strategicclaims.net; or (5) visit the website: www.strategicclaims.net/FAT.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. A copy of the Proof of Claim can be found on the website. PROOF OF CLAIMS ARE DUE BY JANUARY 28, 2023 TO FAT BRANDS INC. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON STREET, SUITE 205, MEDIA, PA 19063 OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/FAT. If you do not want to be legally bound by the Settlement, you must exclude yourself by February 7, 2023, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by February 7, 2023. The Long Notice explains how to exclude yourself or to object.

The Court will hold a hearing on February 28, 2023 at 9:00 a.m. at First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012, or via remote means at the Court's direction, to consider whether to approve the Settlement, the Plan of Allocation, a request for attorneys' fees of up to one third of the Settlement Fund, plus actual expenses up to $45,000 for litigating the case and negotiating the Settlement, and a compensatory Award to Plaintiffs not to exceed $1,500 each or $3,000 total ("Final Approval Hearing"). You may attend the hearing and ask to be heard by the Court, but you do not have to. The Court reserves the right to hold the Final Approval Hearing by remote means. You may, but are not required to, attend the hearing and ask to be heard by the Court. For more information, call (866) 274-4004, or visit www.strategicclaims.net/FAT.

**EXHIBIT D**

## jbravata@strategicclaims.net

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Monday, December 12, 2022 9:02 AM |
| **To:** | jbravata@strategicclaims.net |
| **Cc:** | jbravata@strategicclaims.net; lrosen@rosenlegal.com |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA |

**Flag Status:**     Flagged



# Release Distribution Confirmation

**The Rosen Law Firm, P.A. Announces Proposed Securities Class Action Settlement on Behalf of Purchasers of FAT Brands Inc. publicly traded securities – FAT FATBB FATBP FATBW**

*Cross time: **12/12/22 09:00 AM ET: Eastern Time** - View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

1

# INVESTOR'S BUSINESS DAILY®

## Affidavit of Publication

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

| | |
|---|---|
| Name of Publication: | IBD Weekly |
| Address: | 5900 Wilshire Blvd. |
| City, State, Zip: | Los Angeles, CA 90036 |
| Phone #: | 323.936.0314 |
| State of: | California |
| County of: | Los Angeles |

I, __Shaun Shen__ for the publisher of __IBD Weekly__ , published in the city of __Los Angeles__ , state of __California__ , county of __Los Angeles__ hereby certify that the attached notice(s) for FAT BRANDS INC. was printed in said publication on the following date(s):

**DECEMBER 12, 2022**

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __12th__ day of __December__ , __2022__ , by _____ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Richard C.m II_____ (Seal)

RICHARD CHARLES BRAND II
Notary Public - California
Los Angeles County
Commission # 2276190
My Comm. Expires Feb 25, 2023

## Grains

### WHEAT (CBOT) - 5,000 bu minimum- cents per bushel

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1273.3 | 723.50 | Mar 23 | 181,626 | 749.75 | 752.50 | 730.75 | 734.25 | -12 |
| 1242.0 | 735.00 | May 23 | 48,456 | 759.25 | 761.75 | 741.25 | 744.75 | -11.5 |
| 1160.3 | 707.50 | Jul 23 | 64,591 | 763.25 | 765.50 | 746.25 | 749.25 | -10.8 |
| 1130.5 | 710.00 | Sep 23 | 11,147 | 767.75 | 771.75 | 754.00 | 756.50 | -10 |
| 1119.0 | 712.75 | Dec 23 | 20,425 | 778.25 | 781.50 | 765.50 | 767.75 | -9.25 |
| 1093.0 | 715.50 | Mar 24 | 3,032 | 784.00 | 785.25 | 772.75 | 775.00 | -6.75 |
| 1025.0 | 669.75 | Jul 24 | 810 | 760.25 | 762.75 | 754.75 | 754.75 | -5.25 |
| Est. Vol. | 58,612 | Vol. | 55,543 | open int | 334,472 | | +16 | |

### CORN (CBOT) - 5,000 bu minimum- cents per bushel

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 766.25 | 539.25 | Dec 22 | 667 | 631.50 | 639.75 | 631.50 | 634.75 | +2.75 |
| 768.50 | 546.75 | Mar 23 | 581,058 | 642.50 | 649.75 | 642.00 | 644.00 | +1.5 |
| 766.50 | 550.50 | May 23 | 188,779 | 644.50 | 650.50 | 644.00 | 645.25 | +1 |
| 760.00 | 548.75 | Jul 23 | 214,146 | 640.75 | 646.25 | 639.25 | 640.75 | - |
| 701.50 | 506.75 | Sep 23 | 79,647 | 606.50 | 610.50 | 604.25 | 605.75 | -1 |
| 679.25 | 497.00 | Dec 23 | 146,859 | 594.25 | 598.25 | 592.00 | 593.00 | -1.5 |
| 684.00 | 500.25 | Mar 24 | 8,706 | 602.50 | 605.75 | 599.75 | 600.75 | -1.5 |
| 684.00 | 500.25 | May 24 | 1,451 | 606.25 | 606.25 | 603.00 | 603.00 | -1.5 |
| 607.00 | 474.00 | Jul 24 | 1,928 | 603.50 | 563.00 | 558.00 | 558.50 | -2.75 |
| 580.00 | 473.50 | Dec 25 | 875 | 524.00 | 525.50 | 519.25 | 521.25 | -3 |
| Est. Vol. | 159,005 | Vol. | 144,054 | open int | 1,229,775 | | +333 | |

### OATS (CBOT) - 5,000 bu minimum- cents per bushel

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 643.00 | 333.50 | Dec 22 | 4 | 371.50 | 371.50 | 354.50 | 354.50 | +21 |
| 635.00 | 327.50 | Mar 23 | 3,559 | 330.50 | 336.25 | 330.00 | 334.00 | +4 |
| 625.50 | 325.00 | May 23 | 320 | 330.50 | 335.75 | 330.50 | 332.75 | +3.25 |
| 625.25 | 327.00 | Jul 23 | 93 | 332.50 | 333.25 | 332.50 | 333.25 | +3.25 |
| Est. Vol. | 463 | Vol. | 463 | open int | 4,014 | | +186 | |

### SOYBEANS (CBOT) - 5,000 bu minimum- cents per bushel

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1587.8 | 1228.0 | Jan 23 | 200,567 | 1484.3 | 1492.8 | 1477.8 | 1483.8 | -2.5 |
| 1571.8 | 1212.3 | Mar 23 | 189,399 | 1488.3 | 1497.3 | 1482.3 | 1488.3 | -2.5 |
| 1567.3 | 1205.5 | May 23 | 93,384 | 1493.5 | 1502.5 | 1488.0 | 1493.5 | -2.5 |
| 1562.5 | 1209.8 | Jul 23 | 75,562 | 1497.0 | 1505.3 | 1491.0 | 1496.3 | -2.5 |
| 1532.3 | 1204.0 | Aug 23 | 5,049 | 1475.0 | 1481.0 | 1470.5 | 1474.8 | -2 |
| 1473.3 | 1191.5 | Sep 23 | 4,487 | 1423.3 | 1428.3 | 1420.3 | 1423.5 | -.75 |
| 1448.3 | 1174.5 | Nov 23 | 54,893 | 1394.5 | 1399.8 | 1390.0 | 1398.5 | +.5 |
| 1418.8 | 1176.5 | Jan 24 | 1,392 | 1389.0 | 1394.5 | 1388.0 | 1394.5 | +1.5 |
| 1427.3 | 1176.5 | Mar 24 | 2,997 | 1392.5 | 1392.5 | 1389.0 | 1392.3 | +1.5 |
| Est. Vol. | 321,548 | Vol. | 290,453 | open int | 635,079 | | +2,001 | |

### SOYBEAN MEAL (CBOT) - 100 tons- dollars per ton

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 473.40 | 356.30 | Dec 22 | 87 | 473.40 | 473.40 | 471.70 | 471.70 | +2.4 |
| 474.40 | 356.20 | Jan 23 | 107,844 | 465.90 | 474.40 | 464.70 | 471.60 | +4.5 |
| 469.30 | 349.80 | Mar 23 | 143,170 | 461.40 | 469.30 | 460.00 | 464.00 | +6.4 |
| 463.40 | 346.60 | May 23 | 68,435 | 456.40 | 463.40 | 455.40 | 464.00 | +6.4 |
| 460.40 | 347.60 | Jul 23 | 37,616 | 447.70 | 452.70 | 447.70 | 452.40 | +6.0 |
| 443.50 | 342.60 | Aug 23 | 6,208 | 437.30 | 441.60 | 437.00 | 441.60 | +3.6 |
| 429.50 | 336.00 | Sep 23 | 4,989 | 425.30 | 429.50 | 424.60 | 429.40 | +2.7 |
| 428.40 | 336.80 | Oct 23 | 3,597 | 420.30 | 426.40 | 420.00 | 426.30 | +3.4 |
| 426.40 | 336.80 | Dec 23 | 1,095 | 420.80 | 426.50 | 420.50 | 426.30 | +3.1 |
| Est. Vol. | 166,546 | Vol. | 150,636 | open int | 387,516 | | -706 | |

### SOYBEAN OIL (CBOT) - 60,000 lbs.- cents per lb

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 78.78 | 51.67 | Jan 23 | 99,658 | 61.71 | 62.00 | 59.88 | 60.01 | -1.3 |
| 77.76 | 50.88 | Mar 23 | 173,766 | 61.23 | 61.23 | 59.47 | 59.54 | -.94 |
| 76.73 | 50.95 | May 23 | 72,858 | 60.72 | 60.72 | 59.05 | 59.27 | -.76 |
| 75.63 | 51.00 | Jul 23 | 55,669 | 59.91 | 60.08 | 58.65 | 58.97 | -.63 |
| 73.32 | 51.94 | Aug 23 | 11,478 | 59.35 | 59.47 | 58.65 | 58.70 | -.5 |
| 73.35 | 51.89 | Sep 23 | 11,642 | 59.10 | 59.13 | 58.36 | 58.40 | -.4 |
| 72.55 | 51.76 | Oct 23 | 7,540 | 58.57 | 58.89 | 57.87 | 58.07 | -.32 |
| 72.34 | 51.40 | Dec 23 | 23,138 | 58.45 | 58.69 | 57.65 | 57.97 | -.25 |
| 71.69 | 51.88 | Jan 24 | 1,369 | 58.25 | 58.46 | 57.74 | 57.82 | -.16 |
| 70.30 | 51.25 | Dec 24 | 1,688 | 56.88 | 56.93 | 56.80 | 56.93 | +.48 |
| Est. Vol. | 176,796 | Vol. | 165,960 | open int | 465,605 | | -4,730 | |

### WHEAT (CBOT) - 5,000 bu minimum- cents per bushel

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1362.5 | 768.75 | Mar 23 | 86,717 | 847.00 | 850.75 | 828.75 | 833.00 | -11.8 |
| 1266.0 | 802.75 | May 23 | 24,813 | 841.75 | 845.25 | 824.75 | 827.25 | -12.5 |
| 1210.0 | 728.50 | Jul 23 | 9,207 | 835.00 | 839.75 | 819.50 | 822.00 | -12.3 |
| 1159.0 | 729.25 | Sep 23 | 9,803 | 837.75 | 841.75 | 826.00 | 828.25 | -12.8 |
| 1177.8 | 725.25 | Dec 23 | 5,066 | 841.75 | 841.75 | 826.00 | 828.25 | -12.5 |
| 1103.8 | 737.50 | Mar 24 | 170 | 837.25 | 837.25 | 825.25 | 825.25 | -12.5 |
| Est. Vol. | 18,817 | Vol. | 20,488 | open int | 149,344 | | +334 | |

### ROUGH RICE (CBOT) - 2,000 CWT- dollars per CWT

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 18.90 | 14.18 | Jan 23 | 6,174 | 16.74 | 16.85 | 16.70 | 16.72 | -.04 |
| 18.49 | 14.41 | Mar 23 | 5,280 | 17.13 | 17.21 | 17.08 | 17.08 | -.05 |
| 18.19 | 15.98 | May 23 | 589 | 16.88 | 16.95 | 16.85 | 16.91 | +.02 |
| Est. Vol. | 1,958 | Vol. | 1,958 | open int | 7,643 | | +55 | |

## Meats

### CATTLE (CME) - 40,000 lbs.- cents per lb.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 154.72 | 140.42 | Dec 22 | 10,308 | 152.52 | 154.15 | 152.52 | 153.67 | +1.25 |
| 157.22 | 142.87 | Feb 23 | 127,438 | 153.97 | 156.05 | 153.87 | 155.55 | +1.63 |
| 162.30 | 144.00 | Apr 23 | 66,661 | 158.10 | 159.75 | 157.97 | 158.97 | +.95 |
| 161.95 | 145.22 | Jun 23 | 32,894 | 154.97 | 156.15 | 154.80 | 155.60 | +.95 |
| 156.67 | 143.57 | Aug 23 | 19,855 | 155.25 | 156.25 | 155.16 | 155.17 | +.75 |
| 162.10 | 150.00 | Oct 23 | 3,919 | 159.37 | 160.20 | 159.32 | 160.00 | +.83 |
| 163.97 | 153.32 | Dec 23 | 4,115 | 163.00 | 163.52 | 162.90 | 163.35 | +.23 |
| 168.50 | 156.87 | Feb 24 | 1,363 | 165.32 | 167.25 | 165.17 | 167.17 | +.68 |
| 168.55 | 160.22 | Apr 24 | 621 | 166.90 | 167.30 | 166.87 | 167.02 | -.08 |
| Est. Vol. | 41,368 | Vol. | 38,469 | open int | 288,988 | | -644 | |

### FEEDER CATTLE (CME) - 50,000 lbs.- cents per lb.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 191.50 | 170.77 | Jan 23 | 17,990 | 183.12 | 184.90 | 183.05 | 183.92 | +.5 |
| 193.62 | 172.07 | Mar 23 | 13,298 | 185.47 | 184.97 | 185.10 | +.3 | |
| 194.85 | 174.50 | Apr 23 | 6,325 | 188.17 | 188.97 | 188.60 | +.25 | |
| 198.62 | 177.22 | May 23 | 3,151 | 191.62 | 192.45 | 191.07 | 191.92 | +.4 |
| 202.57 | 193.85 | Aug 23 | 3,552 | 200.72 | 201.06 | 200.50 | 201.10 | +.6 |
| 206.30 | 195.27 | Sep 23 | 533 | 202.92 | 203.57 | 202.32 | 202.90 | +.5 |
| 206.20 | 201.65 | Oct 23 | 239 | 204.30 | 204.50 | 204.30 | 204.80 | +.43 |

## Spot Prices

| | Current | Previous |
|---|---|---|
| **Food** | | |
| Flour hard winter KC cwt | 21.25 | 21.35 |
| Coffee parana ex-dock NY per lb. | 1.6136 | 1.6525 |
| Coffee medlin ex-dock NY per lb. | 2.1677 | 2.2038 |
| Cocoa beans NY per ton | 2504 | 2542 |
| Cocoa butter African sly/ $ met ton | 5000 | 5000 |
| Hogslowg/Minnbzarows&giltswtdav | 82.84 | 84.93 |
| Feedercattle 500-550 lb Okl av cwt | 194.25 | 194.25 |
| Pork loins 13-19 lb FOB Omaha av cwt | 91.04 | 96.51 |
| **Grains** | | |
| Corn No. 2 yellow Chi processor bid | 6.49 | 6.47½ |
| Soybeans No. 1 yellow | 15.03¾ | 15.06¼ |
| Soybean Meal Cen Ill 48pct protein-ton | 445.50 | |
| Wheat No. 2 Chi soft | 7.34¼ | 7.46¼ |
| Wheat N. 1 dk 14pc-pro Mpls. | 9.31½ | 9.39½ |
| Oats No. 2 heavy or Better | 3.54½ | 3.33½ |
| Corn oil crude wet/dry mill Chi. lb. | .60 | — |
| Soybean oil crude Decatur lb. | .66¾ | — |
| Copper Cathode full plate | 3.8720 | 3.7797 |

| | Current | Previous |
|---|---|---|
| Molybdenum per metric ton LME | 41,338 | 41,338 |
| **Textiles & Fibers** | | |
| Cotton 1-1-16 in. strict low middling | 79.95 | 79.85 |
| Coal Central Appalachia $ per short ton | 193.45 | 193.45 |
| **Raw Products** | | |
| Natural Gas Henry Hub, $ per mmbtu | 6.34 | 5.97 |
| **Gold** | | |
| London Morning Fixing | $1782.45 | $1771.85 |
| London afternoon fixing | $1790.15 | $1782.90 |
| NY Handy & Harman | $1796.15 | $1790.15 |
| NY Engelhard | $1793.00 | $1783.20 |
| NY Mercantile | $1798.10 | $1788.70 |
| a–Asked,b–Bid,n–Normal,r–Revised,nq–Not Quoted,n.a.–Not Available. | | |

## Foods

### COCOA (ICE) - 10 metric tons- $ per ton

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 2786.0 | 2190.0 | Mar 23 | 122,459 | 2544.0 | 2570.0 | 2500.0 | 2504.0 | -38 |
| 2765.0 | 2188.0 | May 23 | 53,410 | 2545.0 | 2567.0 | 2505.0 | 2508.0 | -32 |
| 2748.0 | 2192.0 | Jul 23 | 32,098 | 2538.0 | 2560.0 | 2504.0 | 2508.0 | -27 |
| 2730.0 | 2196.0 | Sep 23 | 15,082 | 2536.0 | 2555.0 | 2501.0 | 2505.0 | -26 |
| 2719.0 | 2197.0 | Dec 23 | 19,170 | 2519.0 | 2535.0 | 2484.0 | 2487.0 | -25 |
| 2656.0 | 2188.0 | Mar 24 | 10,974 | 2497.0 | 2503.0 | 2459.0 | 2459.0 | -27 |
| 2568.0 | 2186.0 | May 24 | 3,205 | 2481.0 | 2481.0 | 2449.0 | 2449.0 | -29 |
| 2471.0 | 2218.0 | Sep 24 | 1,322 | 2432.0 | 2433.0 | 2429.0 | 2429.0 | -23 |
| Est. Vol. | 40,435 | Vol. | 31,576 | open int | 260,057 | | +1,390 | |

### COFFEE C (ICE) - 37,500 lbs.- cents per lb.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 253.40 | 150.45 | Dec 22 | 881 | 158.50 | 158.50 | 157.00 | 157.75 | +.85 |
| 250.35 | 154.05 | Mar 23 | 111,689 | 160.10 | 160.90 | 157.05 | 158.15 | -.55 |
| 247.55 | 154.70 | May 23 | 46,043 | 160.60 | 161.55 | 157.95 | 158.95 | -.45 |
| 243.95 | 155.20 | Jul 23 | 18,922 | 161.15 | 161.60 | 158.35 | 159.45 | -.35 |
| 239.70 | 155.25 | Sep 23 | 9,261 | 160.90 | 161.45 | 158.40 | 159.35 | -.35 |
| 235.10 | 155.90 | Dec 23 | 12,455 | 160.60 | 161.35 | 158.30 | 159.25 | -.4 |
| 232.65 | 156.45 | Mar 24 | 3,328 | 160.70 | 161.70 | 159.50 | 159.80 | -.35 |
| 233.50 | 157.45 | May 24 | 742 | 160.40 | 160.65 | 160.10 | 160.65 | -.15 |
| Est. Vol. | 30,581 | Vol. | 29,016 | open int | 204,778 | | +260 | |

### ORANGE JUICE (ICE) - 15,000 lbs.- cents per lb.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 226.80 | 133.00 | Jan 23 | 7,051 | 224.10 | 224.10 | 214.55 | 215.15 | -9.1 |
| 214.00 | 134.20 | Mar 23 | 4,020 | 203.95 | 208.20 | 201.05 | 201.10 | -2.85 |
| 209.90 | 135.50 | May 23 | 805 | 199.35 | 203.05 | 196.50 | 196.50 | -2.4 |
| Est. Vol. | 1,628 | Vol. | 2,170 | open int | 11,916 | | +339 | |

### SUGAR 16 (ICE) - 112,000 lbs.- cents per lb.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 37.10 | 32.20 | Mar 23 | 2,160 | 36.75 | 36.75 | 36.75 | 36.75 | +.24 |
| 35.10 | 32 | Mar 23 | | | 12,490 | | -179 | |

### SUGAR-WORLD 11 (ICE) - 112,000 lbs.- cents per lb.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 20.63 | 17.19 | Mar 23 | 391,854 | 19.73 | 19.87 | 19.56 | 19.60 | -.08 |
| 19.78 | 16.64 | May 23 | 193,027 | 18.55 | 18.67 | 18.42 | 18.46 | -.05 |
| 19.18 | 16.18 | Jul 23 | 121,315 | 17.96 | 17.94 | 17.73 | 17.79 | -.04 |
| 19.13 | 16.18 | Oct 23 | 78,557 | 17.74 | 17.74 | 17.58 | 17.64 | -.02 |
| 19.03 | 16.25 | Mar 24 | 46,709 | 17.68 | 17.78 | 17.63 | 17.69 | -.02 |
| 18.05 | 15.40 | Jul 24 | 13,572 | 16.53 | 16.53 | 16.45 | 16.48 | +.01 |
| 18.05 | 15.40 | Oct 24 | 13,349 | 16.33 | 16.40 | 16.30 | 16.37 | +.05 |
| 17.91 | 15.34 | Mar 25 | 78,619 | open int | 890,317 | | +9,548 | |

## Metals

### GOLD (CMX) - 100 troy oz.- dollars per troy oz.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 2090.4 | 1618.3 | Dec 22 | 6,574 | 1794.9 | 1804.3 | 1791.1 | 1798.1 | +9.4 |
| 1815.0 | 1628.6 | Jan 23 | 1,297 | 1793.5 | 1810.8 | 1793.5 | 1803.6 | +9.3 |
| 2090.1 | 1632.4 | Feb 23 | 358,117 | 1801.9 | 1811.9 | 1800.1 | 1810.7 | +9.2 |
| 2088.0 | 1647.7 | Apr 23 | 30,344 | 1817.2 | 1833.4 | 1815.8 | 1825.9 | +9.2 |
| 2097.2 | 1662.5 | Jun 23 | 14,148 | 1832.5 | 1848.3 | 1831.4 | 1841.3 | +9.1 |
| 2081.0 | 1681.4 | Aug 23 | 4,998 | 1856.0 | 1861.1 | 1848.8 | 1856.9 | +8.9 |
| 2083.9 | 1710.0 | Oct 23 | 1,152 | 1873.0 | 1874.5 | 1864.5 | 1872.9 | +9 |
| 2123.4 | 1769.9 | Dec 23 | 17,387 | 1960.6 | 1966.3 | 1960.3 | 1968.3 | +9.1 |
| Est. Vol. | 122,626 | Vol. | 116,649 | open int | 423,883 | | +1,239 | |

### PLATINUM (NYM) - 50 troy oz.- dollars per troy oz.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1176.7 | 801.20 | Jan 23 | 47,884 | 1014.0 | 1040.7 | 1001.6 | 1036.2 | +21.6 |
| 1156.4 | 807.40 | Apr 23 | 21,196 | 1017.0 | 1041.9 | 1004.5 | 1038.2 | +20.8 |
| 1065.2 | 819.80 | Jul 23 | 252 | 1012.5 | 1042.7 | 1012.5 | 1040.3 | +20.7 |
| Est. Vol. | 21,850 | Vol. | 18,486 | open int | 69,356 | | +616 | |

### PALLADIUM (NYM) - 100 troy oz- dollars per oz

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 2966.2 | 1774.0 | Mar 23 | 7,764 | 1930.5 | 1972.5 | 1913.5 | 1968.8 | +38 |
| 2466.6 | 1790.0 | Jun 23 | 102 | 1955.0 | 1975.8 | 1942.0 | 1975.5 | +38.7 |
| Est. Vol. | 1,506 | Vol. | 2,038 | open int | 7,867 | | -24 | |

### SILVER (CMX) - 5,000 troy oz.- dollars per troy oz.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 27.50 | 17.40 | Dec 22 | 1,289 | 23.12 | 23.71 | 23.12 | 23.54 | +.72 |
| 27.15 | 17.64 | Jan 23 | 1,590 | 23.14 | 23.73 | 23.70 | 23.54 | +.73 |
| 23.45 | 21.39 | Apr 23 | 3 | 23.90 | 23.90 | 23.90 | 23.90 | +.73 |
| 27.99 | 17.77 | Mar 23 | 107,627 | 23.31 | 23.90 | 23.30 | 23.72 | +.71 |
| 27.27 | 17.90 | May 23 | 7,314 | 23.53 | 24.08 | 23.52 | 23.89 | +.66 |
| 27.45 | 18.15 | Jul 23 | 6,045 | 23.77 | 24.13 | 23.65 | 24.01 | +.62 |
| 27.48 | 18.58 | Sep 23 | 2,376 | 24.49 | 24.49 | 24.02 | 24.20 | +.53 |
| 27.45 | 19.06 | Dec 23 | 1,789 | 24.69 | 24.69 | 24.69 | 24.57 | +.37 |
| Est. Vol. | 65,909 | Vol. | 61,863 | open int | 161,457 | | +1,075 | |

### HI GRADE COPPER (CMX) - 25,000 lbs.- dollars per lb.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 4.955 | 3.136 | Dec 22 | 2,889 | 3.88 | 3.912 | 3.85 | 3.876 | -.0045 |
| 4.864 | 3.214 | Jan 23 | 869 | 3.896 | 3.923 | 3.85 | 3.878 | -.005 |
| 4.859 | 3.219 | Feb 23 | 1,727 | 3.904 | 3.904 | 3.859 | 3.869 | -.0055 |
| 4.922 | 3.143 | Mar 23 | 104,776 | 3.882 | 3.925 | 3.846 | 3.879 | -.005 |
| 4.836 | 3.214 | Apr 23 | 168 | 3.882 | 3.882 | 3.882 | 3.881 | -.004 |
| 4.828 | 3.151 | May 23 | 25,643 | 3.885 | 3.924 | 3.849 | 3.883 | -.0045 |
| 4.785 | 3.227 | Jun 23 | 183 | 3.887 | 3.887 | 3.887 | 3.887 | -.004 |
| 4.602 | 3.233 | Jul 23 | 3,796 | 3.893 | 3.926 | 3.852 | 3.885 | -.003 |
| 4.785 | 3.232 | Sep 23 | 3,877 | 3.877 | 3.877 | 3.844 | 3.894 | +.006 |
| Est. Vol. | 65,990 | Vol. | 61,863 | open int | 161,457 | | +1,075 | |

## Oils

### LIGHT SWEET CRUDE (NYM) - 1,000 bbl.- dollars per bbl.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 108.63 | 63.25 | Jan 23 | 223,396 | 71.05 | 72.92 | 70.08 | 71.02 | -.44 |
| 106.51 | 64.23 | Feb 23 | 151,787 | 71.92 | 73.00 | 70.31 | 71.21 | -.37 |
| 104.90 | 63.90 | Mar 23 | 153,298 | 72.20 | 73.09 | 70.56 | 71.43 | -.29 |
| 102.99 | 62.91 | Apr 23 | 59,756 | 72.43 | 73.13 | 70.86 | 71.67 | -.23 |
| 101.66 | 63.31 | May 23 | 49,362 | 72.57 | 73.25 | 71.10 | 71.89 | -.21 |
| 100.48 | 61.54 | Jun 23 | 143,668 | 72.64 | 73.32 | 71.26 | 72.02 | -.19 |
| 99.10 | 62.76 | Jul 23 | 30,043 | 81.46 | 72.52 | 72.99 | 71.33 | 71.99 | -.14 |
| 98.40 | 69.82 | Aug 23 | 22,008 | 78.50 | 80.53 | 77.54 | 78.32 | +.29 |
| 96.97 | 69.78 | Mar 24 | 2,677 | 78.30 | 80.49 | 77.50 | 78.17 | +.39 |
| 96.13 | 69.60 | May 24 | 796 | 78.00 | 79.52 | 77.23 | 77.82 | +.49 |
| 95.52 | 69.52 | Jul 24 | 492 | 78.24 | 79.02 | 76.89 | 77.33 | +.44 |
| 93.51 | 67.60 | Dec 24 | 1,436 | 75.59 | 76.05 | 74.56 | 74.52 | +.18 |
| Est. Vol. | 31,006 | Vol. | 22,122 | open int | 196,545 | | +1,081 | |

### NATURAL GAS (NYM) - 10,000 mm btu's, $ per mm btu

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 10.18 | 3.972 | Jan 23 | 116,995 | 5.93 | 6.391 | 5.794 | 6.245 | -.293 |
| 9.82 | 3.874 | Feb 23 | 138,877 | 5.723 | 5.792 | 6.192 | 5.668 | 6.082 | -.271 |
| 8.368 | 3.840 | Mar 23 | 138,877 | 5.33 | 5.653 | 5.262 | 5.565 | -.206 |
| 6.165 | 3.055 | Apr 23 | 104,575 | 4.814 | 4.979 | 4.762 | 4.924 | -.134 |
| 5.961 | 2.999 | May 23 | 102,426 | 4.779 | 4.935 | 4.723 | 4.887 | -.098 |
| 6.045 | 3.091 | Jun 23 | 31,958 | 4.875 | 5.018 | 4.81 | 4.972 | -.099 |
| 6.036 | 3.1 | Aug 23 | 30,396 | 4.906 | 4.995 | 5.008 | 4.873 | 5.052 | -.093 |
| 6.267 | 3.141 | Oct 23 | 47,368 | 4.934 | 5.061 | 4.876 | 5.04 | -.099 |
| 6.581 | 3.465 | Dec 23 | 86,564 | 5.461 | 5.561 | 5.677 | 5.508 | 5.64 | -.077 |
| 6.545 | 3.59 | Jan 24 | 21,266 | 5.278 | 5.337 | 5.193 | 5.291 | -.089 |
| 6.318 | 3.506 | Feb 24 | 15,892 | 4.976 | 4.972 | 5.003 | 4.862 | 5.013 | -.067 |
| 5.025 | 2.854 | Apr 24 | 73,666 | 4.12 | 4.153 | 4.161 | 4.173 | 4.105 | 4.132 | -.045 |
| 4.918 | 2.912 | May 24 | 22,165 | 4.1 | 4.1 | 4.038 | 4.065 | -.033 |
| 4.972 | 2.871 | Jun 24 | 13,841 | 4.147 | 4.147 | 4.084 | 4.111 | -.026 |
| 5.024 | 2.935 | Jul 24 | 11,331 | 4.229 | 4.229 | 4.177 | 4.196 | -.01 |
| 5.038 | 2.976 | Aug 24 | 9,048 | 4.201 | 4.237 | 4.23 | 4.236 | 4.191 | 4.219 | -.02 |
| 5.024 | 2.998 | Oct 24 | 13,331 | 4.232 | 4.24 | 4.264 | 4.242 | 4.268 | 4.244 | -.01 |
| 5.393 | 3.255 | Dec 24 | 84,516 | 5.025 | 5.085 | 5.085 | 5.009 | 5.05 | -.01 |
| Est. Vol. 412,140 | Vol. 339,331 | open int | 997,483 | | -5,804 | | | | |

### HEATING OIL (NYM) - 42,000 gal, cents per gal

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 394.77 | 212.44 | Jan 23 | 55,377 | 287.14 | 289.80 | 276.72 | 279.37 | -8.61 |
| 385.65 | 205.00 | Feb 23 | 36,551 | 283.88 | 286.13 | 275.37 | 277.80 | -6.7 |
| 376.83 | 204.00 | Mar 23 | 39,417 | 278.90 | 279.99 | 270.47 | 272.94 | -4.99 |
| 362.12 | 210.00 | Apr 23 | 37,719 | 272.04 | 272.77 | 264.47 | 267.11 | -4.55 |
| 345.71 | 201.25 | May 23 | 18,769 | 265.50 | 266.53 | 258.92 | 261.43 | -4.2 |
| 333.00 | 202.56 | Jun 23 | 8,534 | 264.77 | 264.80 | 255.26 | 255.25 | -3.4 |
| 320.45 | 207.25 | Jul 23 | 3,982 | 254.05 | 254.05 | 252.49 | 252.49 | -3.14 |
| 314.70 | 209.27 | Aug 23 | 1,976 | 249.56 | 249.56 | 249.56 | 250.06 | -2.83 |
| 309.83 | 201.91 | Sep 23 | 2,583 | 252.35 | 252.35 | 248.38 | 248.38 | -2.7 |
| 280.58 | 212.3 | Oct 23 | 1,018 | 245.02 | 246.78 | 240.95 | 245.81 | -2.41 |
| 280.05 | 208.22 | Nov 23 | 3,031 | 246.78 | 247.91 | 247.91 | 241.77 | -2.3 |
| Est. Vol. | 180,481 | Vol. | 159,868 | open int | 263,277 | | +2,757 | |

### NY HARBOR RBOB (NYM) - 42,000 gallons- dollars per gallon

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 3.4104 | 1.8102 | Jan 23 | 55,377 | 2.088 | 2.091 | 2.004 | 2.031 | -.056 |
| 3.072 | 1.8426 | Feb 23 | 45,778 | 2.088 | 2.103 | 2.018 | 2.042 | -.048 |
| 3.202 | 1.8645 | Mar 23 | 39,128 | 2.131 | 2.146 | 2.061 | 2.083 | -.045 |
| 3.143 | 1.9086 | May 23 | 19,259 | 2.288 | 2.302 | 2.256 | 2.277 | -.027 |
| Est. Vol. | 161,589 | Vol. | 141,129 | open int | 265,003 | | -4,386 | |

## Woods And Fibers

### LUMBER (CME) - 110,000 bd. ft.- $ per 1,000 bd. ft.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1054.6 | 384.00 | Jan 23 | 2,077 | 407.90 | 414.50 | 410.50 | 412.50 | -2 |
| 1050.0 | 391.00 | Mar 23 | 687 | 415.50 | 416.10 | 405.60 | 415.00 | +1.8 |
| 874.00 | 410.00 | May 23 | 63 | 423.90 | 423.90 | 423.90 | 423.90 | -5.8 |
| 779.00 | 434.00 | Jul 23 | 260 | open int | 2,827 | | -38 | |

### COTTON 2 (ICE) - 50,000 lbs.- dollars per lb.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 127.80 | 70.10 | Mar 23 | 104,987 | 80.90 | 83.75 | 80.10 | 80.95 | +.1 |
| 119.10 | 62.76 | May 23 | 34,119 | 81.00 | 83.57 | 79.99 | 80.99 | +.25 |
| 116.54 | 70.50 | Jul 23 | 30,043 | 81.46 | 83.26 | 79.83 | 80.66 | +.27 |
| 98.40 | 69.82 | Dec 23 | 22,008 | 78.50 | 80.53 | 77.54 | 78.32 | +.29 |
| 96.97 | 69.78 | Mar 24 | 2,677 | 78.30 | 80.49 | 77.50 | 78.17 | +.39 |
| 96.13 | 69.60 | May 24 | 796 | 78.00 | 79.52 | 77.23 | 77.82 | +.49 |
| 95.52 | 69.52 | Jul 24 | 492 | 78.24 | 79.02 | 76.89 | 77.33 | +.44 |
| 93.51 | 67.60 | Dec 24 | 1,436 | 75.59 | 76.05 | 74.56 | 74.52 | +.18 |
| Est. Vol. | 31,006 | Vol. | 22,122 | open int | 196,545 | | +1,081 | |

### US DOLLAR INDEX (ICE) - 1000 x index

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 114.74 | 94.50 | Dec 22 | 42,264 | 104.77 | 105.20 | 104.41 | 104.79 | +.04 |
| 114.44 | 97.00 | Mar 23 | 3,297 | 104.45 | 104.88 | 104.14 | 104.47 | +.08 |
| Est. Vol. | 40,009 | Vol. | 27,548 | open int | 45,739 | | +2 | |

### AUSTRALIAN DOLLAR (IMM) - 100,000 dollars, $ per A $

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| .7641 | .6181 | Dec 22 | 147,769 | .6773 | .6815 | .6745 | .6805 | -.0034 |
| .7036 | .6225 | Mar 23 | 274 | .6772 | .6813 | .6758 | .6801 | -.0037 |
| .7625 | .6275 | Mar 23 | 14,128 | .6799 | .6838 | .6769 | .6829 | -.0033 |
| .7623 | .6239 | Jun 23 | 134 | .6852 | .6857 | .6852 | .6857 | -.0099 |
| Est. Vol. | 96,423 | Vol. | 68,512 | open int | 162,346 | | +4,244 | |

### BRITISH POUND (IMM) - 62,500 pounds, $ per pound

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1.3695 | 1.0392 | Dec 22 | 209,587 | 1.2237 | 1.2325 | 1.2202 | 1.2275 | -.0036 |
| 1.2354 | 1.0692 | Jan 23 | 1,541 | 1.2247 | 1.2337 | 1.2214 | 1.2287 | -.0031 |
| 1.3702 | 1.0415 | Mar 23 | 19,653 | 1.2266 | 1.2367 | 1.2243 | 1.2315 | -.0033 |
| 1.3701 | 1.0475 | Jun 23 | 539 | 1.2343 | 1.2343 | 1.2343 | 1.2327 | -.0036 |
| Est. Vol. | 75,102 | Vol. | 74,694 | open int | 231,985 | | -718 | |

### CANADIAN DOLLAR (IMM) - 100,000 dollars, $ per Cdn. dlr

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| .8053 | .7157 | Dec 22 | 136,623 | .7355 | .7369 | .7333 | .7338 | -.0017 |
| .7782 | .7205 | Jan 23 | 142 | .7350 | .7363 | .7341 | .7341 | -.0014 |
| .8013 | .717 | Mar 23 | 13,896 | .7365 | .7377 | .7312 | .7346 | -.0019 |
| .8033 | .72 | Jun 23 | 139 | .7369 | .7385 | .7369 | .7384 | -.0018 |
| Est. Vol. | 90,543 | Vol. | 57,210 | open int | 152,976 | | -2,427 | |

### MEXICAN PESO (IMM) - 500,000 pesos, $ per peso

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| .0523 | .0439 | Dec 22 | 278,767 | .0509 | .0509 | .0503 | .0505 | -.00037 |
| .0515 | .0433 | Mar 23 | 9,948 | .0501 | .0502 | .0496 | .0498 | -.00032 |
| Est. Vol. | 61,444 | Vol. | 50,759 | open int | 288,691 | | +71 | |

### JAPANESE YEN (IMM) - 12.5 million yen, $ per 100 yen

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| .8875 | .6623 | Dec 22 | 200,731 | .7325 | .7383 | .7314 | .7334 | -.0011 |
| .7613 | .6665 | Jan 23 | 610 | .7377 | .7409 | .7336 | .736 | -.0006 |
| .8906 | .671 | Mar 23 | 18,017 | .7437 | .7497 | .7432 | .7460 | -.0008 |
| .8944 | .6836 | Jun 23 | 504 | .7545 | .7572 | .7507 | .7521 | -.0011 |
| Est. Vol. | 97,478 | Vol. | 97,304 | open int | 220,096 | | -2,558 | |

### SWISS FRANC (IMM) - 125,000 francs, $ per franc

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1.112 | .9901 | Dec 22 | 38,671 | 1.0695 | 1.0747 | 1.0667 | 1.0722 | -.0031 |
| 1.1167 | 1.001 | Mar 23 | 1,438 | 1.0804 | 1.0851 | 1.0782 | 1.0828 | -.0025 |
| 1.1221 | 1.0135 | Jun 23 | 341 | 1.096 | 1.0961 | 1.0961 | 1.0936 | -.0021 |
| Est. Vol. | 15,172 | Vol. | 15,162 | open int | 40,464 | | -222 | |

### EURO - 125,000 Euros, $ per Euro

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1.16 | .9592 | Dec 22 | 623,832 | 1.0563 | 1.0595 | 1.05 | 1.0533 | -.0038 |
| 1.0652 | .983 | Jan 23 | 1,770 | 1.0621 | 1.0621 | 1.0516 | 1.0599 | -.0038 |
| 1.1678 | .9657 | Mar 23 | 90,011 | 1.0632 | 1.0661 | 1.0563 | 1.0599 | -.0039 |
| 1.1702 | .9725 | Jun 23 | 8,405 | 1.0712 | 1.0718 | 1.0675 | 1.0680 | -.0037 |
| 1.1602 | .9858 | Dec 23 | 1,691 | open int | 727,009 | | +1,926 | |

### 30 DAY FEDERAL FUNDS (CBOT) - $5 million- pts. of 100 pct.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 96.22 | 95.57 | Dec 22 | 252,857 | 95.69 | 95.69 | 95.685 | 95.69 | +.005 |

## Financials

### US TREASURY BONDS (CBOT) - $100,000 prin- pts & 32nds of 100 pct

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 151-29 | 117-19 | Dec 22 | 4,026 | 131-08 | 131-08 | 129-2 | 129-3 | -1-03 |
| 144-06 | 117-14 | Mar 23 | 1,103,638 | 131-06 | 131-22 | 129-15 | 129-29 | -1-03 |
| 136-23 | 120-31 | Jun 23 | 266,089 | open int | 1,167,150 | | -1,205 | |

### 10 YEAR TREASURY (CBOT) - $100,000 prin-pts & 32nds & a half 32nd

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 124-2 | 108-26 | Dec 22 | 9,313 | 114-09 | 114-13 | 113-26 | 113-27 | -.11.5 |
| 121-12 | 109-06 | Mar 23 | 233,719 | 212 | 114-17 | 114-25 | 113-3 | 114-03 | -.115 |
| 116-01 | 109-22 | Jun 23 | 64 | 115-07 | 115-07 | 114-26 | 114-26 | -.115 |
| Est. Vol. 1,090,261 | Vol.1,075,936 | open int | 3,728,589 | | -22,276 | | | | |

### 5 YEAR TREASURY (CBOT) - $100,000 prin-pts & 32nds & a half 32nd

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 114-29 | 105-15 | Dec 22 | 5,511 | 109 | 109 | 108-19 | 108-19 | -.058 |
| 113-29 | 105-28 | Mar 23 | 734,105 | 812 | 109-03 | 109-07 | 108-27 | 108-28 | -.058 |
| Est. Vol. | 600,380 | Vol. | 697,189 | open int | 4,111,323 | | +8,041 | |

### 2 YR. TREASURY NOTES (CBOT) - $200,000 prin-pts & 32nds & a quarter 32nd

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 109-07 | 104-22 | Dec 22 | 12,167 | 102-19 | 102-22 | 102-17 | 102-18 | -.005 |
| 105-1 | 101-24 | Mar 23 | 232,118 | 706 | 102-26 | 102-3 | 102-25 | 102-25 | -.005 |
| Est. Vol. | 309,443 | Vol. | 326,826 | open int | 2,130,876 | | +13,248 | |

### EURODOLLARS (IMM) - $1 million-pts of 100 pct.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 99.220 | 94.79 | Dec 22 | 221,344,630 | 95.35 | 95.23 | 95.21 | 95.25 | +.02 |
| 98.45 | 94.82 | Mar 23 | 11,976 | 94.77 | 94.81 | 94.77 | 94.80 | +.03 |
| 280.05 | 208.22 | Jun 23 | 3,031 | 94.23 | 94.25 | 94.23 | 94.25 | +.04 |
| Est. Vol. | 180,481 | Vol. | 159,868 | open int | 263,277 | | +2,757 | |

### NY HARBOR GAS BLEND (NYM) - 42,000 gallons- dollars per gallon

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 3.4104 | 1.8102 | Jan 23 | 79,965 | 2.055 | 2.08 | 2.084 | 2.085 | -.05 |
| 3.072 | 1.8426 | Feb 23 | 45,778 | 2.088 | 2.103 | 2.018 | 2.042 | -.048 |
| 3.202 | 1.8645 | Mar 23 | 39,128 | 2.131 | 2.146 | 2.061 | 2.083 | -.045 |
| 3.143 | 1.9086 | May 23 | 19,259 | 2.288 | 2.302 | 2.256 | 2.277 | -.027 |
| Est. Vol. | 161,589 | Vol. | 141,129 | open int | 265,003 | | -4,386 | |

## HOGS LEAN (CME) - 40,000 lbs.- cents per lb.

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 207.20 | 203.10 | Nov 23 | 101 | 206.50 | 206.50 | 206.00 | 206.00 | +.23 |
| Est. Vol. | 17,712 | Vol. | 16,278 | open int | 46,494 | | -277 | |

| 91.35 | 72.97 | Dec 22 | 12,542 | 81.52 | 81.87 | 81.15 | 81.57 | -.43 |
| 93.32 | 76.40 | Feb 23 | 75,431 | 84.50 | 85.15 | 83.70 | 84.00 | -.7 |
| 96.77 | 81.00 | Apr 23 | 41,777 | 90.70 | 91.40 | 90.15 | 91.00 | -.25 |
| 100.70 | 84.02 | May 23 | 1,015 | 96.17 | 97.07 | 95.80 | 96.90 | +.9 |
| 107.55 | 87.67 | Jun 23 | 21,196 | 103.45 | 105.05 | 103.00 | 104.70 | +1.05 |
| 107.52 | 94.65 | Jul 23 | 11,412 | 103.97 | 105.57 | 103.75 | 105.22 | +.87 |
| 106.52 | 94.50 | Aug 23 | 11,288 | 103.60 | 104.90 | 103.37 | 104.65 | +.8 |
| 91.62 | 81.15 | Oct 23 | 8,071 | 89.67 | 90.00 | 89.25 | 89.87 | +.15 |
| 83.97 | 75.17 | Dec 23 | 2,281 | 82.20 | 82.35 | 81.65 | 82.05 | -.15 |
| Est. Vol. | 59,400 | Vol. | 53,840 | open int | 185,942 | | -3,514 | |

## MINI DOW JONES (CBOT) - $5 x DJIA index

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 36492 | 28860 | Mar 23 | 73,801 | 33791 | 33960 | 33485 | 33498 | -305 |
| 35492 | 28800 | Mar 23 | 13,222 | 34037 | 34199 | 33729 | 33741 | -302 |
| 35014 | 28998 | Jun 23 | 54 | 34155 | 34272 | 33968 | 33968 | -221 |
| Est. Vol. | 213,774 | Vol. | 178,291 | open int | 87,083 | | +4,107 | |

## NASDAQ 100 INDEX (CME) - $100 x index

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 86.00 | 23.00 | Dec 22 | 9 | 6 | 7 | 6 | 6 | +88 |
| 197.00 | 25.00 | Mar 23 | na | 124.00 | 124.00 | 122.00 | 122.00 | -1 |
| Est. Vol. | 7,576 | Vol. | 2,185 | open int | na | | na | |

## MINI NASDAQ 100 INDE (CME) - $20 x index

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 16541 | 10484 | Dec 22 | 234,147 | 11641 | 11748 | 11517 | 11569 | -76 |
| 16516 | 10995 | Mar 23 | 427,397 | 27,785 | 11755 | 11861 | 11629 | 11683 | -76 |
| 15407 | 10771 | Jun 23 | 289 | 11872 | 11949 | 11949 | 11809 | 11809 | -79 |
| Est. Vol. | 726,406 | Vol. | 661,764 | open int | 262,598 | | +9,676 | |

## RUSSELL 2000 (CME) - $500 x index

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 2625.2 | 1957.2 | Dec 22 | 10,904 | 2172.9 | 2172.9 | 2155.7 | 2157.7 | -17.6 |
| 2616.0 | 1978.4 | Mar 23 | 2 | 2181.3 | 2181.3 | 2175.7 | 2175.7 | -15.5 |
| Est. Vol. | 81,614 | Vol. | 99,311 | open int | 10,906 | | +3 | |

## S&P MINI INDEX (CME) - 50 x index

| Contract High | Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 4772.5 | 3502.0 | Dec 22 | 272,026,603 | 3964.7 | 3990.0 | 3933.7 | 3933.7 | -32 |
| 4775.5 | 3530.2 | Mar 23 | 277,889 | 3996.2 | 4024.0 | 3959.7 | 3965.7 | -31.5 |
| 4790.0 | 3564.5 | Jun 23 | 3,174 | 4019.0 | 4052.7 | 4002.0 | 4002.0 | -30.7 |
| Est. Vol. 3,019,489 | Vol.1,968,442 | open int | 2,311,244 | | +24,927 | | | | |

## Key Commodity Futures

| CORN | | Mar 23 | PRICE MO | %F=19.5 | %S=21.9 | CLOSE | 6.44 |
| OPEN INTEREST | 581058 | | | | | | |
| CBOT | | | | | | | |

| SOYBEANS | | Jan 23 | PRICE MO | %F=79.5 | %S=70.2 | CLOSE | 14.83¼ |
| OPEN INTEREST | 200567 | | | | | | |
| CBOT | | | | | | | |

| CATTLE | | Feb 23 | PRICE MO | %F=45.4 | %S=46.8 | CLOSE | 155.55 |
| OPEN INTEREST | 127438 | | | | | | |
| CME | | | | | | | |

| HOGS LEAN | | Feb 23 | PRICE MO | %F=29.6 | %S=41.5 | CLOSE | 84.00 |
| OPEN INTEREST | 75431 | | | | | | |
| CME | | | | | | | |

| COFFEE C | | Mar 23 | PRICE MO | %F=26.7 | %S=39.6 | CLOSE | 158.15 |
| OPEN INTEREST | 111689 | | | | | | |
| ICE | | | | | | | |

| SUGAR-WORLD 11 | | Mar 23 | PRICE MO | %F=46.5 | %S=41.8 | CLOSE | 19.60 |
| OPEN INTEREST | 391854 | | | | | | |
| ICE | | | | | | | |

| GOLD | | Feb 23 | PRICE MO | %F=75 | %S=69.6 | CLOSE | 1810.70 |
| OPEN INTEREST | 358117 | | | | | | |
| CMX | | | | | | | |

| SILVER | | Mar 23 | PRICE MO | %F=79.3 | %S=71 | CLOSE | 23.00% |
| OPEN INTEREST | 107627 | | | | | | |
| CMX | | | | | | | |

| HI GRADE COPPER | | Mar 23 | PRICE MO | %F=83.4 | %S=74.1 | CLOSE | 3.88 |
| OPEN INTEREST | 104776 | | | | | | |
| CMX | | | | | | | |

| LIGHT SWEET CRUDE | | Jan 23 | PRICE MO | %F=10.9 | %S=18.2 | CLOSE | 71.02 |
| OPEN INTEREST | 223396 | | | | | | |
| NYM | | | | | | | |

| HEATING OIL | | Jan 23 | PRICE MO | %F=9.8 | %S=13.3 | CLOSE | 279.37 |
| OPEN INTEREST | 55377 | | | | | | |
| NYM | | | | | | | |

| NATURAL GAS | | Mar 23 | PRICE MO | %F=26.5 | %S=28.6 | CLOSE | 5.565 |
| OPEN INTEREST | 138877 | | | | | | |
| NYM | | | | | | | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

IN RE:
FAT BRANDS INC. SECURITIES LITIGATION

Case No. 2:22-cv-01820-MCS-RAO
Hon. Mark C. Scarsi
**CLASS ACTION**

**SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT**

**TO: ALL PERSONS WHO PURCHASED THE PUBLICLY-TRADED SECURITIES OF FAT BRANDS, INC. ("FAT BRANDS") FROM DECEMBER 4, 2017 THROUGH FEBRUARY 18, 2022, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Central District of California, that a hearing will be held on February 28, 2023, at 9:00 a.m. before the Honorable Mark C. Scarsi, United States District Judge of the United States District Court for the Central District of California, First Street Federal Courthouse, 350 W. First Street, Courtroom 7C, Los Angeles, CA 90012, or by telephonic or videoconference means as directed by the Court, for the purpose of determining:

(1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $3,000,000 ("Settlement Amount") should be approved by the Court as fair, reasonable, and adequate;

(2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate;

(3) whether the application of Lead Counsel for an award of attorneys' fees of up to one third of the Settlement Amount, reimbursement of expenses of not more than $45,000, and an award of no more than $1,500 each, or $3,000 total, to Plaintiffs, should be approved; and

(4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated September 23, 2022 ("Stipulation").

If you purchased FAT Brands securities during the period from December 4, 2017 through February 18, 2022, both dates inclusive ("Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in FAT Brands securities.

If you have not received a proposed proving instructions for receiving a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and a copy of the Proof of Claim and Release Form ("Proof of Claim"), you may obtain copies by writing to or calling FAT Brands Inc. Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net, or going to the website, www.strategicclaims.net/FAT. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a properly completed Proof of Claim electronically or postmarked no later than January 28, 2023 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion in the manner and form explained in the Long Notice to the Claims Administrator so that it is received no later than February 7, 2023. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and an award to Plaintiffs must be in the manner and form explained in the Long Notice and received no later than February 7, 2023, by each of the following:

| Clerk of the Court | LEAD COUNSEL: | COUNSEL FOR DEFENDANTS: |
|---|---|---|
| United States District Court | THE ROSEN LAW FIRM, P.A. | SHEPPARD, MULLIN, RICHTER & |
| Central District of California | Phillip Kim | HAMPTON LLP |
| First Street Federal Courthouse | 275 Madison Avenue, 40th Floor | John P. Stigi III |
| 350 W. First Street, Suite 4311 | New York, NY 10016 | 1901 Avenue for the Stars, Suite 1600 |
| Los Angeles, CA 90012 | | Los Angeles, CA 90067 |

If you have any questions about the Settlement, you may call or write to Lead Counsel:

THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: 212-686-1060

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**
Dated: November 8, 2022

BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

### REUTERS/JEFFERIES CRB INDEX

High 266.28   Low 266.28   Close 266.28  -0.12
Since Jan 1

**EXHIBIT E**

December 11, 2022

Fat Brands Inc, Securities Litigation

c/o Strategic Claims Services

600 N. Jackson St. STE 205

P.O. Box 230 Media Pa.  19063

Dear Sir or Madam, as a former of Fat Brands stock, I am writing to "EXCLUDE" myself from the present litigation.

As instructed, I am including my email address as follows:                         . My phone number is                .

Please note that I am sight and hearing impaired and therefore  should you call, leave a message if I do not respond to your call.

Thank You

Raymond C. Maratea



144

12 DEC 2022 PM 1 L

Fat Brands Inc, Securities Litigation
c/o Strategic Claims
600 N Jackson St. Ste 205
PO Box 230 Media, Pa. 19063

1506-5—023030



DEC 15 2022

Mr. Raymond C. Maratea

FAT Brands Inc. Securities Litigation                                    Phone: (866) 274-4004
c/o Strategic Claims Services                                              Fax: (610) 565-7985
600 N. Jackson Street – Suite 205                             Email: info@strategicclaims.net
Media, PA 19063


December 15, 2022

Raymond C. Maratea



Re:  FAT Brands Inc. Securities Litigation

Raymond C. Maratea,

We received your request for exclusion from the *In re FAT Brands Inc. Securities Litigation,* Case No. 2:22-cv-01820 (C.D. Cal.). At this time, we are missing the following information, which is needed in order for your request to be valid:

- State the date, number of shares and dollar amount of each FAT Brands Inc. securities purchase during the period from December 4, 2017 through February 18, 2022, inclusive, and any sale transactions;
- State the number of shares of FAT Brands Inc. securities held as of May 20, 2022; and
- Supporting documentation of each transaction such as a brokerage trade confirmation or brokerage monthly statement.

For your request to be honored, we must receive the information above no later than **February 7, 2023.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Josephine Bravata
Quality Assurance Manager
Strategic Claims Services

**SUPPORT CENTER**
Support Ticket System

01/03/2023 08:28:30 AM

# Ticket #369086

| | | | | |
|---|---|---|---|---|
| **Status** | Completed | | **Name** | Kobir073 |
| **Priority** | Normal | | **Email** | |
| **Department** | Claims Administrators | | **Phone** | |
| **Create Date** | 12/31/2022 03:32:04 PM | | **Source** | Email |

| | | | | |
|---|---|---|---|---|
| **Assigned To** | George Allen | | **Help Topic** | Claims |
| **SLA Plan** | | | **Last Response** | 01/03/2023 08:28:13 AM |
| **Due Date** | | | **Last Message** | 12/31/2022 03:32:04 PM |

**Ticket Details**

| | |
|---|---|
| **Case:** | Fat Brands |

## SCS Contact Form: Question about a Case

| | |
|---|---|
| 12/31/2022 03:32:04 PM SCS Contact Form: Question about a Case | 'Amazon Reply |

# SUPPORT CENTER
Support Ticket System

01/03/2023 08:28:30 AM

| Reason for Contacting Us |
| --- |
| Question about a Case |

| Please tell us what case you are inquiring about |
| --- |
| 2:22-cv-01820 (C.D. Cal.) |

| Control Number / Mail ID |
| --- |
| 1499 |

| Name |
| --- |
| MD HUMAUN KOBIR |

| Email |
| --- |
| |

| Phone |
| --- |
| |

| Your Question |
| --- |
| Hi, |
| I got a notice today via mail about this settlement. I don't want to claim. I want to exclude myself from this settlement. How can I do t |

| 01/03/2023 08:28:13 AM | George Allen |
| --- | --- |

Good morning,

Please note: **You cannot exclude yourself by telephone or by e-mail.**

Instructions on how to exclude yourself can be found on p. 11 of the attached Notice/Claim Form, copied below:

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Released Parties on your own about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in In re FAT Brands Inc. Securities Litigation, Case No. 2:22-cv-01820 (C.D. Cal.);" (B) states the date, number of shares and dollar amount of each FAT Brands

**SUPPORT CENTER**
Support Ticket System

01/03/2023 08:28:30 AM

securities purchase during the Settlement Class Period, and any sale transactions; and (C) states the number of shares of FAT Brands securities held by you as of May 20, 2022. To be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase and, if applicable, sale transaction of FAT Brands securities during the Settlement Class Period, and (ii) demonstrating your status as a beneficial owner of the FAT Brands securities. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be received no later than February 7, 2023, to the Claims Administrator at the following address:

FAT Brands Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

If you have any further questions, please feel free to contact our office.

Thank you.

--
Claims Administrator
Strategic Claims Services
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

Final FAT Brands Notice and Claim.pdf (299.8 kb)