Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

[*additional counsel on signature page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>FAT BRANDS INC.<br>SECURITIES LITIGATION | Case No. 2:22-cv-01820-MCS-RAO<br><br>**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF UNOPPOSED MOTIONS FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF ATTORNEYS' FEES AND EXPENSES AND RELATED RELIEF**<br><br>CLASS ACTION<br><br>Date: February 28, 2023<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

Lead Plaintiff Robert J. Matthews and Plaintiff Michael Melendez (together, "Plaintiffs") submit this reply memorandum in further support of their unopposed motions for (1) final approval of the proposed Settlement and Plan of Allocation, and final certification of the proposed Settlement Class; and (2) an award of attorneys' fees of 25% of the Settlement Amount, or $625,000 of cash and $125,000 worth of FAT Brands Class A common stock, reimbursement of $45,000 in litigation expenses incurred, and awards to Plaintiffs of $1,500 each.[1] Dkt. Nos. 63 and 65 ("Motions").

## I. STATEMENT OF FACTS

The Court-appointed Claims Administrator, Strategic Claims Services ("SCS"), mailed nearly 32,000 copies of the Postcard Notice to potential Settlement Class Members. Bravata Suppl. Decl. ¶3. A nominee also informed the Claims Administrator that they had emailed over 22,000 of their clients to notify them of the Settlement, including direct links to the Long Notice and Claim Form on the settlement website. *Id.* In total, over 54,000 potential Settlement Class Members received notice via mail or email. *Id.*

SCS also published the Summary Notice electronically over *Globe Newswire* and in print in *Investor's Business Daily*. Dkt. No. 67-1 ("Bravata Decl.") ¶11. On November 15, 2022, SCS established a website dedicated to the Settlement which included the online claim filing link and important documents including the Long Notice, Claim Form, Preliminary Approval Order, and Stipulation. Bravata Suppl. Decl. ¶5. SCS has also maintained a toll-free telephone number for potential Settlement Class Members. *Id.* ¶4.

---

[1] Unless otherwise defined herein, capitalized terms take the same meaning provided in the Stipulation of Settlement and exhibits thereto, dated September 23, 2022 (Dkt. No. 56) ("Stipulation"). Internal citations and quotations are omitted and emphasis is added unless otherwise noted. Citations to "Bravata Suppl. Decl." are to the Supplemental Declaration of Josephine Bravata, attached as Exhibit 1 hereto.

REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES; 2:22-cv-01820-MCS-RAO

The January 28, 2023 claims filing deadline and the February 7, 2023 deadline for objections and requests for exclusion have each passed. To date, potential Settlement Class Members have submitted 1,882 claims. *Id.* ¶8. There have been no objections to the Settlement or to Plaintiffs' Motions. *Id.* ¶7. SCS has received only one request for exclusion from the Settlement. *Id.* ¶6. An updated version of the Proposed Order and Final Judgment (Dkt. No. 63-1), adding this opt-out to Schedule A thereto (listing excluded persons), is attached here as Exhibit 2.

## II. ARGUMENT

### A. The Reaction of the Settlement Class Supports Final Approval

The absence of any objections to the Settlement or Plan of Allocation supports their approval. *Nat'l Rural Telecommunications Cooperative v. DIRECTV, Inc.*, 221 F.R.D. 523, 529 (C.D. Cal. 2004) (granting final approval of settlement, finding "[t]he absence of a single objection to the Proposed Settlement provides further support for final approval of the Proposed Settlement."); *In re Rambus Inc. Derivative Litig.*, No. C 06-3513 JF (HRL), 2009 WL 166689, at *3 (N.D. Cal. Jan. 20, 2009) (granting final approval of settlement, awarding attorneys' fees, and finding that the "the absence of a large number of objections to a proposed class settlement raises a strong presumption that the terms of a proposed class settlement action are favorable to the class members"); *In re Omnivision Techs., Inc.*, 559 F. Supp. 2d 1036, 1043 (N.D. Cal. 2008) (same).

Likewise, the minimal number of requests for exclusion from the Settlement further demonstrates the Settlement Class's positive reaction to the Settlement and supports final approval. SCS received only one request for exclusion from a single small shareholder. *See* Bravata Suppl. Decl., Ex. A. The small number of exclusion requests supports the Settlement's approval. *See Churchill Vill., L.L.C. v. Gen. Elec.*, 361 F.3d 566, 577 (9th Cir. 2004) (affirming settlement with 0.56% of eligible class members requesting exclusion); *Maine State Ret. Sys. v. Countrywide Fin. Corp.*, No.

2

REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES; 2:22-cv-01820-MCS-RAO

2:10-CV-00302 MRP, 2013 WL 6577020, at *16 (C.D. Cal. Dec. 5, 2013) (69 exclusion requests in response to mailing of over 50,000 notices supports settlement); *Chun-Hoon v. McKee Foods Corp.*, 716 F. Supp. 2d 848, 852 (N.D. Cal. 2010) ("overwhelming positive reaction of the class members" including 16 exclusion request representing 4.86% of class supports settlements' approval.); *Destefano v. Zynga, Inc.*, No. 12-CV-04007-JSC, 2016 WL 537946, at *14 (N.D. Cal. Feb. 11, 2016) (16 valid exclusion requests representing 0.176% of public shares, supported settlement approval).

At Lead Counsel's direction, SCS carried out a thorough notice program in accordance with the Court's Preliminary Approval Order, directly notifying over 54,000 potential Settlement Class Members of the pending Settlement. Not a single investor objected to the Settlement, and only one requested exclusion from it. "[T]he fact that the overwhelming majority of the class willingly approved the offer and stayed in the class presents at least some objective positive commentary as to its fairness." *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1027 (9th Cir. 1998). The lack of objections and minimal number of requests for exclusion further supports final approval.

**B.    The Reaction of the Settlement Class Also Supports Approval of the Requests for an Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs**

A lack of objections to fee and expense requests supports the approval of the requested award. *See, e.g., In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1177 (S.D. Cal. 2007) ("The lack of objection from any Class Member supports the attorneys' fees award"). Here, not a single Settlement Class Member has objected to Lead Counsel's requests for an award of attorneys' fees of 25% of the Settlement Amount, reimbursement of $45,000 in litigation expenses incurred, and awards to Plaintiffs of $1,500 each, which are less than or equal to the maximum figures (fees of up to one third of the Settlement Amount, and the same amount of expenses and awards to Plaintiffs) presented to potential Settlement Class Members in the Notice. Bravata

Decl., Ex. A at 2. The small number of requests for exclusion further demonstrates the positive reaction of the Settlement Class, which further supports awarding the requested fee and expense amounts. *See Chun-Hoon*, 716 F. Supp. 2d at 852. Accordingly, the Settlement Class's overwhelmingly positive reaction strongly supports the fairness and reasonableness of these requests.

## III.   CONCLUSION

For the foregoing reasons, and those set forth in Plaintiffs' opening memoranda, the Court should grant Plaintiffs' unopposed motions for final approval of the proposed Settlement and Plan of Allocation and for an award of attorneys' fees, reimbursement of expenses, and awards to Plaintiffs.

Dated: February 14, 2023                    **THE ROSEN LAW FIRM, P.A.**

*/s/Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice* pending)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jbaker@rosenlegal.com

4

*Lead Counsel for Plaintiffs*

**POMERANTZ LLP**
Jeremy Lieberman (*pro hac vice*)
Brenda Szydlo (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (646) 581-9996
Email: jlieberman@pomlaw.com
Email: bszydlo@pomlaw.com

**BRONSTEIN, GERWITZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs*

REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES; 2:22-cv-01820-MCS-RAO

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On February 14, 2023, I electronically filed the foregoing REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF UNOPPOSED MOTIONS FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF ATTORNEYS' FEES AND EXPENSES AND RELATED RELIEF with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 14, 2023.

*/s/Laurence M. Rosen*

REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES; 2:22-cv-01820-MCS-RAO