# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE:

FAT BRANDS INC. SECURITIES
LITIGATION

Case No. 2:22-cv-01820-MCS-RAO

Hon. Mark C. Scarsi

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA
CONCERNING: (A) MAILING OF THE POSTCARD NOTICE AND (B) REPORT ON
REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred twenty-five (525) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.      Pursuant to the Court's Order Re: Motion For Preliminary Approval of Class Action Settlement, dated November 8, 2022 (the "Preliminary Approval Order", Document 61),

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE
POSTCARD NOTICE AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; Case No.
2:22-cv-01820-MCS-RAO

SCS was appointed and approved as Claims Administrator to supervise and administer the notice procedure as well as processing the claims in connection with the Settlement of the above-captioned action.[1] I submit this supplemental declaration in order to provide the Court and the Parties with updated information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.      As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated January 31, 2023 (the "Bravata Declaration", Document 67-1), SCS mailed or e-mailed 1,753 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  As of the date that the Bravata Declaration was filed, 31,909[2] Postcard Notices were mailed to potential Settlement Class Members or nominees.  SCS also emailed a link to the Long Notice and Claim Form upon request of a nominee and was also notified that a nominee emailed 22,320 of their clients a direct link to the Long Notice and Claim Form on the settlement webpage. Since the Bravata Declaration was filed, no additional Postcard Notices were mailed by SCS/nominee, and SCS has not been notified by any nominee of additional emails being sent with the direct link to the Long Notice and Claim Form.  To date, a total of 54,230 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link to the Long Notice and Claim Form.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated September 23, 2022 (the "Stipulation", Document 56).
[2] SCS received 24 requests from potential Settlement Class Members for the Long Notice and Claim Form to be mailed to them. SCS promptly mailed a Long Notice and Claim Form to them.

2

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; Case No. 2:22-cv-01820-MCS-RAO

### UPDATE ON TOLL-FREE PHONE LINE

4.    The Bravata Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

### UPDATE ON SETTLEMENT WEBPAGE

5.    As noted in the Bravata Declaration, on November 15, 2022, SCS established a webpage on its website at www.strategicclaims.net/FAT.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status of the case; the case deadlines; the online claim filing link; and important documents. SCS continues to maintain the webpage.

### UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

6.    The Long Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than February 7, 2023.  The Bravata Declaration stated that SCS received an inquiry as well as one exclusion request which SCS contacted either by mail or phone. Exhibit E to the Bravata Declaration contained a copy of the inquiry and request for exclusion as well as SCS' response. On February 2, 2023, SCS received the transaction information from the individual who submitted a request for exclusion.  A copy of the transactions is attached as **Exhibit A**.  To date, SCS has received one valid exclusion request.

7.    According to the Long Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an Award to Plaintiffs must have been submitted to the Clerk of the Court as well as Lead Counsel and Counsel for Defendants, no later than

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; Case No. 2:22-cv-01820-MCS-RAO

February 7, 2023.  As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that an objection was filed with the Court.

## CLAIMS RECEIVED TO DATE

8.      As of the date of this declaration, SCS has received 1,882 claims.  These claims were submitted by or on behalf of individuals or entities either by mail or online.  The claims filing deadline required all claims to be postmarked or received by January 28, 2023.  SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims.  Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims.  With these steps currently outstanding, the number of claims considered valid has not yet been determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of February 2023, in Media, Pennsylvania.

Josephine Bravata

SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; Case No. 2:22-cv-01820-MCS-RAO

# SUPPORT CENTER
## Support Ticket System

02/02/2023 04:05:50 PM

# Ticket #376880

| | | | |
|---|---|---|---|
| **Status** | Completed | **Name** | Raymond Maratea |
| **Priority** | Normal | **Email** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 02/02/2023 02:56:27 PM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | Leo Lysakowski | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | 02/02/2023 04:05:39 PM |
| **Due Date** | 02/03/2023 02:56:27 PM | **Last Message** | 02/02/2023 02:56:27 PM |

## Ticket Details

| **Case:** | Fat Brands |
|---|---|

# Fat Brands

| 02/02/2023 02:56:27 PM Fat Brands | Raymond Maratea |
|---|---|

--

Raymond C. Maratea

Transaction_History-08242475-01-31-2023_13_00_08_CST (2).pdf (18.3 kb)

**SUPPORT CENTER**
Support Ticket System

02/02/2023 04:05:50 PM

| 02/02/2023 04:05:39 PM | Leo Lysakowski |
|---|---|

Good afternoon,

We have received your information and will pass it on for further review.

If you have any questions, please feel free to contact us.

Thank you.

--
Claims Administrator
Strategic Claims Services
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*



01/31/2023

Raymond C Maratea & Lori Maratea

Re: Confirmation of Your Account Transaction History

Dear Raymond Maratea,

Thank you for your request regarding your TD Ameritrade account ending in      . Here is the trading information you requested.

### FAT – FAT Brands Inc
05/18/2021 – Purchased 6 shares at $ 10.3199 per share for a total of $ 61.92
05/18/2021 – Purchased 2 shares at $ 10.065 per share for a total of $ 20.13
09/15/2021 – Purchased .096 share at $ 10.78442 per share for a total of $ 1.04 via dividend reinvestment
09/08/2022 – Sold 8.098 shares at $ 8.37 per share for a total of $ 67.76

If you have questions regarding your tax liability or need assistance with determining your cost basis, please consult with a qualified tax advisor. TD Ameritrade does not provide tax advice.

If we can be of any further assistance, please let us know. Just log in to your account and go to the Message Center to write us. You can also call Client Services at 800-669-3900. We're available 24 hours a day, seven days a week.

Sincerely,

Stephen Squire
Resource Specialist
TD Ameritrade

TD Ameritrade understands the importance of protecting your privacy. From time to time we need to send you notifications like this one to give you important information about your account. If you've opted out of receiving promotional marketing communications from us, containing news about new



and valuable TD Ameritrade services, we will continue to honor your request.

Market volatility, volume, and system availability may delay account access and trade executions.

TD Ameritrade, Inc., member FINRA/SIPC, a subsidiary of The Charles Schwab Corporation. TD Ameritrade is a trademark jointly owned by TD Ameritrade IP Company, Inc. and The Toronto-Dominion Bank. © 2021 Charles Schwab & Co. Inc. All rights reserved.

TDA 1002211 11/21