UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-01820-MCS-RAO and 2:22-cv-02541-MCS-RAO | Date | February 28, 2023 |
| Title | *Robert J. Matthews v. FAT Brands Inc. et al* consolidated with *Kerry Chipman v. FAT Brands Inc. et al* | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Phillip Kim | John P. Stigi, III |

**Proceedings: Fairness Hearing (Class Action Settlement), the Motion for Settlement Approval of Final Approval of Settlement and Plan of Allocation, and Final Certification of Settlement Class (ECF No. 63), and the Motion for Attorney Fees, Expenses, and Award to Plaintiffs (ECF No. 65)**

The motion hearing is held. No objections filed nor objectors present. Counsel address the Court. The Court grants the motions and adopts plaintiffs' proposed judgment.

IT IS SO ORDERED.