Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

[*additional counsel on signature page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>FAT BRANDS INC.<br>SECURITIES LITIGATION | Case No. 2:22-cv-01820-MCS-RAO<br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**<br><br>CLASS ACTION<br><br>Date: January 22, 2024<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

1

NOTICE OF NON-OPPOSITION TO MOTION FOR DISTRIBUTION OF CLASS ACTION
SETTLEMENT FUNDS; 2:22-cv-01820-MCS-RAO

Lead Plaintiff Robert J. Matthews and named Plaintiff Michael Melendez ("Plaintiffs") submit this notice of non-opposition to their Motion for Distribution of Class Action Settlement Funds ("Motion") (Dkt. No. 72). Plaintiffs filed the Motion on December 19, 2023, with a hearing date of January 22, 2024. The deadline to oppose the Motion was January 2, 2024. To date, no opposition has been filed. Granting the unopposed Motion will allow the Claims Administrator to distribute the Net Settlement Fund to Settlement Class Members who have submitted valid claims. Accordingly, the Court should grant the Motion.

Pursuant to Civil Local Rule 7-15, if the Court has no questions for Plaintiffs about the Motion, Plaintiffs hereby waive oral argument. Granting the unopposed Motion on the papers will expedite the distribution of Settlement proceeds to investors and represents the final procedural step in concluding this Action.

Respectfully submitted,

Dated: January 3, 2024

**THE ROSEN LAW FIRM, P.A.**

*/s/Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440

2

Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs*

**POMERANTZ LLP**
Jeremy Lieberman (*pro hac vice*)
Brenda Szydlo (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (646) 581-9996
Email: jlieberman@pomlaw.com
Email: bszydlo@pomlaw.com

**BRONSTEIN, GERWITZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs*

NOTICE OF NON-OPPOSITION TO MOTION FOR DISTRIBUTION OF CLASS ACTION
SETTLEMENT FUNDS; 2:22-cv-01820-MCS-RAO