UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE:

FAT BRANDS INC. SECURITIES LITIGATION

Case No. 2:22-cv-01820-MCS-RAO

Hon. Mark C. Scarsi

**DECLARATION OF JOSEPHINE BRAVATA CONCERNING THE REMAINING FUNDS FOR *CY PRES***

I, Josephine Bravata, declare:

1.      I am the Director of Quality Assurance for Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred twenty-five (525) class actions since its inception. I have personal knowledge of the facts set forth in this declaration.

2.       I respectfully submit this declaration in order to provide the Court and the parties involved in the above-captioned litigation with information regarding the remaining funds available for a *cy pres* contribution.

3.      On January 16, 2024, the Court issued the Order on Motion for Distribution of Class Action Settlement Funds (Dkt. No. 75, the "Distribution Order"). On February 26, 2024, SCS sent distribution payments to 868 Authorized Claimants pursuant to the Distribution Order (Dkt. No.

75 ¶ 6) in the total amount of $2,083,971.40. The checks expired on August 24, 2024, 180 days from issue date, per the Distribution Order (*id.* ¶ 5).

4.      As of May 22, 2025, the balance in the Net Settlement Fund is $3,472.12.

5.      According to the Distribution Order, if Lead Counsel and the Claims Administrator determine that additional redistribution is no longer economically feasible, the remaining balance shall be contributed to a non-profit charitable organization selected by Lead Counsel, with approval of the Court. Dkt. No. 75 ¶6. Lead Counsel and SCS have now determined that an additional redistribution is no longer economically feasible.

6.      SCS respectfully requests that the remaining $3,472.12 be issued to the Investor Justice and Education Clinic at Howard University School of Law.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of May 2025, in Media, Pennsylvania.

_____
Josephine Bravata

2