UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE:

FAT BRANDS INC.
SECURITIES LITIGATION

CASE No. 2:22-cv-01820-MCS-RAO

CLASS ACTION

**[PROPOSED] ORDER AUTHORIZING *CY PRES* DISTRIBUTION**

Having considered all materials and arguments submitted in support of Plaintiffs' Motion for Authorization of *Cy Pres* Distribution ("Motion"), including the Memorandum of Points and Authorities in support of the Motion, and the Declaration of Josephine Bravata Concerning the Remaining Funds for *Cy Pres*,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.    Plaintiffs' Motion is GRANTED.

2.    The Court approves Lead Counsel's selection of, and authorizes the Claims Administrator to pay the remaining funds in the Net Settlement Fund to, the Investor Justice and Education Clinic at Howard University School of Law as the *cy pres* distribution recipient.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER AUTHORIZING CY PRES DISTRIBUTION
No. 2:22-cv-01820-MCS-RAO