Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

[*additional counsel on signature page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>FAT BRANDS INC.<br>SECURITIES LITIGATION | Case No. 2:22-cv-01820-MCS-RAO<br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR AUTHORIZATION OF CY PRES DISTRIBUTION**<br><br><u>CLASS ACTION</u><br><br>Date: June 23, 2025<br>Time: 9:00 a.m.<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

1

Lead Plaintiff Robert J. Matthews and named Plaintiff Michael Melendez ("Plaintiffs") submit this notice of non-opposition to their Motion for Authorization of *Cy Pres* Distribution ("Motion") (Dkt. No. 76). Plaintiffs filed the Motion on May 23, 2025, with a hearing date of June 23, 2025. The deadline to oppose the Motion was June 2, 2025. *See* Local Rule 7-9. To date, no opposition has been filed. Granting the unopposed Motion will allow the Claims Administrator to distribute the funds remaining in the Net Settlement Fund, $3,472.12, to Lead Counsel's selected non-profit charitable organization, pursuant to the Court's Order on Motion for Distribution of Class Action Settlement Funds (Dkt. No. 75). Accordingly, the Court should grant the Motion.

Pursuant to Local Rule 7-15, if the Court has no questions for Plaintiffs about the Motion, Plaintiffs hereby waive oral argument. Granting the unopposed Motion on the papers will expedite the final distribution of Settlement proceeds and represents the final procedural step in concluding this Action.

Respectfully submitted,

Dated: June 3, 2025

**THE ROSEN LAW FIRM, P.A.**

*/s/Joshua Baker*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

2

Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs*

**POMERANTZ LLP**
Jeremy Lieberman (*pro hac vice*)
Brenda Szydlo (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (646) 581-9996
Email: jlieberman@pomlaw.com
Email: bszydlo@pomlaw.com

**BRONSTEIN, GERWITZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs*

NOTICE OF NON-OPPOSITION TO MOTION FOR AUTHORIZATION OF CY PRES DISTRIBUTION
2:22-cv-01820-MCS-RAO