# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE:

FAT BRANDS INC. SECURITIES
LITIGATION

Case No. 2:22-cv-01820-MCS-RAO

Hon. Mark C. Scarsi

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING THE REMAINING FUNDS FOR *CY PRES***

I, Josephine Bravata, declare:

1.    I am the Director of Quality Assurance for Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred twenty-five (525) class actions since its inception. I have personal knowledge of the facts set forth in this declaration.

2.    I respectfully submit this supplemental declaration in order to provide the Court and the parties involved in the above-captioned litigation with additional information regarding the remaining funds available for a *cy pres* contribution.

3.    As of June 5, 2025, the balance in the Net Settlement Fund is $3,472.12.

4.    The administrative fees and expenses for a second distribution would include continuing phone and website services, setting up for the second distribution, issuing at least one

1

more tax return, and preparing checks as well as post distribution services such as following up with Authorized Claimants and reissuing checks. SCS estimates that its administrative fees and expenses for making a second distribution would be approximately $4,350.00, which will exceed the remaining balance of the Net Settlement Fund.

5.    For the reason mentioned in the above paragraph, SCS respectfully requests that the remaining balance of $3,472.12 be issued to the Investor Protection Center at Northwestern Pritzker School of Law.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of June 2025, in Media, Pennsylvania.


_Josephine Bravata_
Josephine Bravata