UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE:

FAT BRANDS INC.
SECURITIES LITIGATION

CASE No. 2:22-cv-01820-MCS-RAO

CLASS ACTION

## [PROPOSED] ORDER AUTHORIZING *CY PRES* DISTRIBUTION

Having considered all materials and arguments submitted in support of Plaintiffs' Motion for Authorization of *Cy Pres* Distribution ("Motion"), including the Memorandum of Points and Authorities in support of the Motion, the Declaration of Josephine Bravata Concerning the Remaining Funds for *Cy Pres*, the Declaration of Joshua Baker, and the Supplemental Declaration of Josephine Bravata;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.    Plaintiffs' Motion is GRANTED.

2.    The Court approves Lead Counsel's selection of, and authorizes the Claims Administrator to pay the remaining funds in the Net Settlement Fund to, the Investor Protection Center at Northwestern Pritzker School of Law as the *cy pres* distribution recipient.

**IT IS SO ORDERED.**

Dated: _____, 2025        _____
                                 HON. MARK C. SCARSI
                                 UNITED STATES DISTRICT JUDGE